# EXHIBIT 1

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001693455 / 2009-10-14

Application Title: Elmo.

Title:               Elmo.

Description:         Illustration, 1 p.

Series:              Sesame Street English

Copyright Claimant:
                     Sesame Workshop.

Date of Creation:    2008

Date of Publication:
                     2009-01-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Sesame Workshop, employer for hire; Domicile: United
                        States. Authorship: 2-D artwork.

Alternative Title on Application:
                     Elmo, a new 2-dimensional graphic artwork of the existing
                        Sesame Street character

Previous Registration:
                     1986, Vau94-855.

Pre-existing Material:
                     sculpture/3-D artwork.

Basis of Claim:      2-D artwork.

Rights and Permissions:
                     Sesame Workshop, One Lincoln Plaza 4Fl, New York, NY,
                        10023, United States, (212) 595-3456

Names:               Sesame Workshop

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001693460 / 2009-10-14

Application Title: Big Bird.

Title:             Big Bird.

Description:       Illustration, 1 p.

Series:            Sesame Street English

Copyright Claimant:
                   Sesame Workshop.

Date of Creation:  2008

Date of Publication:
                   2009-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Sesame Workshop, employer for hire; Domicile: United
                      States. Authorship: 2-D artwork.

Alternative Title on Application:
                   Big Bird, a new 2-dimensional graphic artwork of the
                      existing Sesame Street character

Previous Registration:
                   1971, GP97828.

Pre-existing Material:
                   sculpture/3-D artwork.

Basis of Claim:    2-D artwork.

Rights and Permissions:
                   Sesame Workshop, One Lincoln Plaza 4Fl, New York, NY,
                      10023, United States, (212) 595-3456

Names:             Sesame Workshop

===============================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0001693456 / 2009-10-14

Application Title: Cookie Monster.

Title:              Cookie Monster.

Description:        Illustration, 1 p.

Series:             Sesame Street English

Copyright Claimant:
                    Sesame Workshop.

Date of Creation:   2008

Date of Publication:
                    2009-01-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Sesame Workshop, employer for hire; Domicile: United
                       States. Authorship: 2-D artwork.

Alternative Title on Application:
                    Cookie Monster, a new 2-dimensional graphic artwork of the
                       existing Sesame Street character

Previous Registration:
                    1971, GP86284.

Pre-existing Material:
                    sculpture/3-D artwork.

Basis of Claim:     2-D artwork.

Rights and Permissions:
                    Sesame Workshop, One Lincoln Plaza 4Fl, New York, NY,
                       10023, United States, (212) 595-3456

Names:              Sesame Workshop

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001693450 / 2009-10-14

Application Title: Grover.

Title:             Grover.

Description:       Illustration, 1 p.

Series:            Sesame Street English

Copyright Claimant:
                   Sesame Workshop.

Date of Creation:  2008

Date of Publication:
                   2009-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Sesame Workshop, employer for hire; Domicile: United
                      States. Authorship: 2-D artwork.

Alternative Title on Application:
                   Grover, a new 2-dimensional graphic artwork of the existing
                      Sesame Street character

Previous Registration:
                   1971, GP86285.

Pre-existing Material:
                   sculpture/3-D artwork.

Basis of Claim:    2-D artwork.

Rights and Permissions:
                   Sesame Workshop, One Lincoln Plaza 4Fl, New York, NY,
                      10023, United States, (212) 595-3456

Names:             Sesame Workshop

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001693461  /  2009-10-14

Application Title:   Bert.

Title:               Bert.

Description:         Illustration, 1 p.

Series:              Sesame Street English

Copyright Claimant:
                     Sesame Workshop.

Date of Creation:    2008

Date of Publication:
                     2009-01-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Sesame Workshop,  employer for hire;  Domicile: United
                       States.  Authorship: 2-D artwork.

Alternative Title on Application:
                     Bert, a new 2-dimensional graphic artwork of the existing
                       Sesame Street character

Previous Registration:
                     4/29/1971, GU47268.

Pre-existing Material:
                     sculpture/3-D artwork.

Basis of Claim:      2-D artwork.

Rights and Permissions:
                     Sesame Workshop, One Lincoln Plaza 4Fl, New York, NY,
                       10023, United States, (212) 595-3456

Names:               Sesame Workshop

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001693452 / 2009-10-14

Application Title: Ernie.

Title:             Ernie.

Description:       Illustration, 1 p.

Series:            Sesame Street English

Copyright Claimant:
                   Sesame Workshop.

Date of Creation:  2008

Date of Publication:
                   2009-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Sesame Workshop, employer for hire; Domicile: United
                      States. Authorship: 2-D artwork.

Alternative Title on Application:
                   Ernie, a new 2-dimensional graphic artwork of the existing
                      Sesame Street character

Previous Registration:
                   1971, GU47360.

Pre-existing Material:
                   sculpture/3-D artwork.

Basis of Claim:    2-D artwork.

Rights and Permissions:
                   Sesame Workshop, One Lincoln Plaza 4Fl, New York, NY,
                      10023, United States, (212) 595-3456

Names:             Sesame Workshop

================================================================================
```