# EXHIBIT 2

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**Reg. No. 2,891,251**

## United States Patent and Trademark Office

Registered Oct. 5, 2004

### TRADEMARK
### PRINCIPAL REGISTER



SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
1 LINCOLN PLAZA
NEW YORK, NY 10023

   FOR: MUSIC BOXES, MUSICAL INSTRUMENTS,
IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

   FIRST USE 9-1-2000; IN COMMERCE 9-1-2000.

OWNER OF U.S. REG. NO. 2,378,055.


SER. NO. 78-244,980, FILED 5-2-2003.


JANICE L. MCMORROW, EXAMINING ATTOR-
NEY

Int. Cls.: 9, 16, 25, 28, 38 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, 104 and 107

**United States Patent and Trademark Office**

Reg. No. 3,470,662
Registered July 22, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: AUDIO RECORDINGS, COMPACT DISCS, MULTIMEDIA SOFTWARE RECORDED ON CD-ROMS, AUDIO CASSETTES, VIDEO RECORDINGS, DVDS, DOWNLOADABLE RECORDINGS OF TELEVISION PROGRAMS AND CINEMATOGRAPHIC FILM FOR EXHIBITION ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; COMPUTER GAME PROGRAMS, CARTRIDGES, CASSETTES, DISCS AND SOFTWARE; DOWNLOADABLE COMPUTER SOFTWARE FOR USE AS SCREENSAVERS AND WALLPAPER; DOWNLOADABLE MULTIMEDIA CONTENT, NAMELY, MUSIC, GRAPHICS, AUDIO AND VIDEO RECORDINGS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES, INTERACTIVE GAMES AND DOWNLOADABLE RING TONES ALL FOR USE ON COMPUTERS, CELL PHONES AND OTHER MOBILE DEVICES; COMPUTERS AND COMPUTER PERIPHERALS, COMPUTER PERIPHERAL MOUSE PADS; CD PLAYERS; DVD PLAYERS; CASSETTE PLAYERS; CALCULATORS; RADIOS; RADIOS INCORPORATING CLOCKS; WALKIE-TALKIES; DECORATIVE REFRIGERATOR MAGNETS; SCALES; BABY MONITORS; BICYCLE HELMETS; LIFE JACKETS; PHOTOGRAPHIC CAMERAS; VIDEO CAMERAS; SUNGLASSES; EYEGLASSES; EYEGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2000; IN COMMERCE 8-0-2000.

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES AND NEWSLETTERS ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; COLORING BOOKS; COMIC BOOKS; TEACHERS' GUIDES FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; ADDRESS BOOKS; PERSONAL ORGANIZERS; AUTOGRAPH BOOKS; BABY BOOKS; BIRTHDAY BOOKS; DIARIES; PAPER BOOK COVERS; BOOKENDS; BOOKMARKS; BOOK PLATES; PRINTED CHARTS; PAPERWEIGHTS; PHOTO ALBUMS; PHOTOGRAPHS; STATIONERY; WRITING PAPER; WRITING TABLETS; NOTE CARDS; NOTEBOOKS; RING BINDERS; NOTEPADS; FOLDERS; DOCUMENT PORTFOLIOS; STATIONERY-TYPE PORTFOLIOS; POSTCARDS; GREETING CARDS; PENS; PENCILS; PEN STANDS; PENCIL CASES; PENCIL SHARPENERS; ENVELOPES; ERASERS; RING BINDER DIVIDERS; RUBBER STAMPS; STAMP PADS; DRAWING RULERS; STAPLERS; ADHESIVE TAPE FOR STATIONERY PURPOSES; ADHESIVE TAPE DISPENSERS; CHALK; CHALKBOARDS, CONSTRUCTION PAPER, CRAYONS, MARKERS, MODELING CLAY, MODELING CLAY SETS COMPRISED OF CLAY AND PLASTIC SCULPTING TOOLS SOLD AS A UNIT, DRAWING SETS COMPRISED OF PAPER AND PENCILS; ARTS AND CRAFTS PAINT KITS; PRINTING SETS CONSISTING OF DECORATIVE STAMPS AND PAPER, STENCILS, EASELS, STORAGE BOXES; CALENDARS; POSTERS; STICKERS; PAPER DOOR KNOB HANGERS; HEAT TRANSFER PAPER; SELF ADHESIVE DECORATIVE SEALS; VINYL NON-STICKER DECALS; VINYL COATED MEMO BOARD; CREPE PAPER, PAPER GIFT TAGS; GIFT WRAPPING PAPER; PAPER CAKE DECORA-

TIONS; PAPER CENTERPIECES; PAPER DOILIES; PAPER BAGS; PAPER IDENTIFICATION TAGS; PAPER NAPKINS; PAPER PARTY DECORATIONS; PAPER PARTY FAVORS; PAPER PARTY HATS; PAPER PARTY INVITATIONS; PAPER PLACE MATS; PAPER TABLECLOTHS; SHELF PAPER; FACIAL TISSUE, TOILET PAPER; PAPER BABY BIBS; DISPOSABLE DIAPERS; DISPOSABLE TRAINING PANTS; BANK CHECKS; CHECKBOOK COVERS; ADDRESS LABELS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: CLOTHING FOR MEN, WOMEN, CHILDREN AND INFANTS, NAMELY, SHIRTS, SWEAT-SHIRTS, TANK TOPS, T-SHIRTS, PANTS, LOUNGEWEAR, OVERALLS, JEANS, SHORTS, VESTS, SOCKS, LEGGINGS, SLEEPWEAR, INFANTS' SLEEPERS, PAJAMAS, NIGHTGOWNS, ROBES, DRESSES, JUMPERS, SKIRTS, SWEATERS, UNDERWEAR, NON-DISPOSABLE CLOTH TRAINING PANTS, SWIMWEAR, PLAYSUITS, BABY BIBS NOT MADE OF PAPER, CLOTH DIAPERS, CLOTHING MUFFLERS, CLOTHING SCARVES, CLOTHING BELTS, CLOTHING TIES, SUSPENDERS, HEADWEAR, FOOTWEAR, MITTENS, GLOVES, COATS, PONCHOS, SNOWSUITS, SMOCKS, HALLOWEEN AND MASQUERADE COSTUMES; PLAY COSTUMES FOR USE IN ROLE-PLAYING GAMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, PLUSH TOYS, DOLLS, DOLL CLOTHING AND COSTUMES, DOLL ACCESSORIES, YO-YOS, HOBBY CRAFT KITS COMPRISING PAINTING SETS, ACTION SKILL GAMES, BOARD GAMES, CARD GAMES, MANIPULATIVE PUZZLES, MANIPULATIVE GAMES, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES, ELECTRONIC LEARNING TOYS, TOY FILM CARTRIDGES AND VIEWERS, SQUEEZE TOYS, BATH TOYS, BEACH TOYS, MULTIPLE ACTIVITY BABY TOYS, INFANT TOYS, BABY RATTLES, BABY RATTLES INCORPORATING TEETHING RINGS, PUPPETS, BEAN BAGS, PULL TOYS, RIDE-ON TOYS, TOY VEHICLES, TOY SCOOTERS, ICE SKATES, ROLLER SKATES, SPORTS BALLS, BEACH BALLS, PLAYGROUND BALLS, TOY FOAM BALLS, FLYING DISCS, JUMP ROPES, KITES, WIND UP TOYS, BALLOONS, TOY BUILDING BLOCKS, CONSTRUCTION TOYS, TOY BANKS, TOY SHOVELS, TOY PAILS, TOYS DESIGNED TO BE ATTACHED TO CAR SEATS, CRIBS AND HIGH CHAIRS, TOY MUSICAL INSTRUMENTS, TOY TELEPHONES, TOY MUSIC BOXES; TOY BUILDING STRUCTURES, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, CASES

FOR PLAY ACCESSORIES, TOY ENVIRONMENTS FOR USE WITH ACTION FIGURES, PLAY SETS FOR ACTION FIGURES, ROLE PLAYING GAME SETS, TOY FURNITURE, TOY TOOLS; PLAY COSTUME MASKS; PLAY DOLL COSTUMES, MASQUERADE GAMES, AIR MATTRESSES FOR RECREATIONAL USE, INFLATABLE SWIMMING POOLS, SWIMMING AIDS, NAMELY, POOL RINGS, ARM FLOATS FOR RECREATIONAL USE, AND SWIM FLOATS FOR RECREATIONAL USE; PLAYGROUND SAND BOXES; TENNIS RACQUETS; SNOW SLEDS FOR RECREATIONAL USE; SNOW BOARDS; PARTY FAVORS IN THE NATURE OF SMALL TOYS; PARTY FAVORS IN THE NATURE OF CRACKERS AND NOISEMAKERS; EASTER EGG COLORING KITS; CHRISTMAS TREE DECORATIONS, ORNAMENTS, AND SKIRTS; HOBBY NEEDLE CRAFT KITS COMPRISED OF NEEDLEWORK, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: STREAMING OF AUDIO AND VIDEO MATERIAL ON THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; AMUSEMENT PARKS; LIVE THEATRICAL PERFORMANCES; PROVIDING ONLINE INFORMATION FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; PROVIDING COMPUTER GAMES AND ACTIVITIES FOR CHILDREN, PARENTS, AND FAMILIES VIA THE INTERNET, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING POD CASTS AND WEB CASTS, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; PROVIDING ON-LINE NON-DOWNLOADABLE INTERACTIVE VIDEO GAMES AND MULTIMEDIA COMPUTER GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

OWNER OF U.S. REG. NOS. 974,206, 2,891,251 AND OTHERS.

SER. NO. 77-217,918, FILED 6-28-2007.

NATALIE POLZER, EXAMINING ATTORNEY

**Int. Cls.: 3, 5, 8, 10, 11, 12, 14, 18, 20, 21, 24, 27, 29, 30 and 32**

**Prior U.S. Cls.: 1, 2, 3, 4, 6, 13, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 39, 40, 41, 42, 44, 45, 46, 48, 50, 51 and 52**

Reg. No. 3,479,148

## United States Patent and Trademark Office

Registered Aug. 5, 2008

## TRADEMARK
### PRINCIPAL REGISTER



SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: BABY WIPES, TOOTHPASTE, GUM CLEANER IN THE NATURE OF GUM PASTE, BODY SOAP, BODY WASH, BUBBLE BATH, HAND SOAP, SKIN LOTION, BABY OIL, BABY POWDER, HAIR CARE PREPARATIONS, SHAMPOO, COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

FOR: ADHESIVE BANDAGES, VITAMINS, BABY FOOD, BABY FORMULA, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: TABLEWARE AND CUTLERY, NAMELY, KNIVES, FORKS AND SPOONS; SCISSORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: BABY BOTTLES, PACIFIERS FOR BABIES, TEETHERS FOR BABIES, THERMOMETERS FOR MEDICAL PURPOSES; DROPPERS FOR ADMINISTERING MEDICINE SOLD EMPTY, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: LAMPS, LAMP SHADES, ELECTRIC NIGHT-LIGHTS, FLASHLIGHTS, CHRISTMAS TREE LIGHTS, BICYCLE LIGHTS, HUMIDIFIERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

FOR: AUTOMOTIVE ACCESSORIES, NAMELY, AUTOMOBILE WINDSHIELD SUNSHADES, VEHICLE BEVERAGE HOLDERS, REAR VIEW MIRRORS, VEHICLE SEAT COVERS; BABY STROLLERS, BICYCLES, TRICYCLES, BICYCLE BELLS; CHILDREN'S CAR SEATS; PANNIER BICYCLE BAGS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: JEWELRY, WATCHES, CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

FOR: UMBRELLAS; BAGS, NAMELY, DIAPER BAGS, SPORTS BAGS, GYM BAGS, FANNY PACKS, KNAPSACKS, BACKPACKS, WALLETS, COIN PURSES, WATER AND BABY BOTTLE BAGS, BEACH BAGS, BICYCLE BAGS, BOOK BAGS, SCHOOL BAGS, DIAPER BAGS, DUFFEL BAGS, LUGGAGE, TRAVELING BAGS, BRIEF CASES, LAUNDRY BAGS, PAJAMA BAGS, POCKETBOOKS, HANDBAGS, PURSES, SHOE BAGS FOR TRAVEL, COSMETIC BAGS SOLD EMPTY, TOTE BAGS, CARRYALLS; BABY BACKPACKS, INFANT CARRIERS WORN ON THE BODY, BABY CARRIERS WORN ON THE BODY, LEATHER KEY CASES AND NONMETAL KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: FURNITURE FOR BABIES AND CHILDREN, NAMELY, MATTRESSES, CRIBS, BUMPER GUARDS FOR CRIBS, TABLES, CHAIRS, HIGH CHAIRS, BOOSTER SEATS, WORK BENCHES, STEP STOOLS, PLAYPENS; NON-METAL KEY RINGS AND LEATHER KEY RINGS; PICTURE FRAMES; PLAQUES OF PLASTIC AND WOOD; MIRRORS; DRINKING STRAWS; WINDOW SHADES; HAND FANS; SLEEPING BAGS; PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: HOUSEWARES, KITCHENWARE, DINNERWARE AND BEVERAGE WARE OF PAPER, PLASTIC, CERAMIC, GLASS OR EARTHENWARE, NAMELY, DISHES, PLATTERS, PLATES, BOWLS, CUPS, SAUCERS, EGG CUPS, MUGS, TUMBLERS AND DRINKING GLASSES; SERVING PITCHERS; INFANT CUPS; WATER BOTTLES SOLD EMPTY; INSULATED AND NON-INSULATED LUNCH BOXES, INSULATED AND NON-INSULATED LUNCH PAILS, INSULATED BEVERAGE CONTAINERS, INSULATED BOTTLES FOR BEVERAGES; WASTE BASKETS; COOKIE JARS; NAPKIN HOLDERS AND NAPKIN RINGS, BOTH OF NON-PRECIOUS METAL; BOTTLE OPENERS; BED AND SNACK TRAYS, SERVING TRAYS; STATUETTES AND FIGURINES OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN, AND TERRA COTTA; NON-METAL SAVINGS PIGGY BANKS; SUN CATCHERS; BABY BATHTUBS, SOAP DISHES, POTTIES FOR CHILDREN, TOOTHBRUSHES, DENTAL FLOSS, HAIR BRUSHES, HAIR COMBS; BATH SPONGES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: TEXTILE AND TEXTILE GOODS, NAMELY, SHOWER CURTAINS, WINDOW CURTAINS, FABRIC VALANCES; PLASTIC PLACE MATS; HANDKERCHIEFS; BATH LINENS, NAMELY, BATH TOWELS, HOODED TOWELS, WASH CLOTHS; BED LINENS, NAMELY, BED SHEETS, CRIB SHEETS, BED SKIRTS, PILLOW CASES, PILLOW SHAMS, QUILTS, COVERLETS, BEDSPREADS, BED BLANKETS, CRIB BLANKETS, RECEIVING BLANKETS, CRIB BUMPERS, COMFORTERS, COMFORTER COVERS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: RUGS, WALLPAPER, FLOOR MATS , IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: SOUPS, DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK, AND FROZEN YOGURT, MEATS, EGGS, MILK, MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK, AND FROZEN YOGURT, YOGURT, CHEESE, APPLESAUCE, FRUIT-BASED SNACK FOOD, CANNED VEGETABLES, PROCESSED VEGETABLES, CANNED FRUIT, PROCESSED FRUIT, JELLIES, JAMS, POULTRY, FROZEN MEALS CONSISTING PRIMARILY OF MEAT, FISH POULTRY OR VEGETABLES , IN CLASS 29 (U.S. CL. 46).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: BREAKFAST CEREAL, CAKES, COOKIES, CANDY, COCOA, CRACKERS, READY TO EAT, CEREAL DERIVED BREAKFAST FOOD BARS, PASTA, CEREAL-BASED, RICE-BASED, AND GRANOLA-BASED SNACK BARS, FROZEN MEALS CONSISTING PRIMARILY OF PASTA OR RICE, FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE, PUDDINGS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: FRUIT JUICES, BOTTLED WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

OWNER OF U.S. REG. NOS. 974,206, 2,891,251 AND OTHERS.

SER. NO. 77-218,246, FILED 6-28-2007.

NATALIE POLZER, EXAMINING ATTORNEY

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

Reg. No. 3,603,326

## United States Patent and Trademark Office

Registered Apr. 7, 2009

### TRADEMARK
### PRINCIPAL REGISTER



SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

   FOR: FRESH FRUIT, IN CLASS 31 (U.S. CLS. 1
AND 46).

   FIRST USE 12-0-2005; IN COMMERCE 12-0-2005.

OWNER OF U.S. REG. NOS. 974,206, 2,891,251,
AND OTHERS.

SN 77-217,816, FILED 6-28-2007.

NATALIE POLZER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,025,725

Registered Nov. 25, 1975

Renewal Term Begins Nov. 25, 1995

## TRADEMARK
## PRINCIPAL REGISTER

### SESAME STREET

CHILDREN'S TELEVISION WORKSHOP (NEW YORK CORPORATION)
1 LINCOLN PLAZA
NEW YORK, NY 10023

FOR: CALENDARS, POSTERS, CHILDREN'S MAGAZINES, COLORING BOOKS AND TEACHERS' GUIDES, IN CLASS 16 (U.S. CL. 38).

FIRST USE 11-0-1969; IN COMMERCE 11-0-1969.

SER. NO. 73-033,761, FILED 10-4-1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 12, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent Office**

Reg. No. 1,025,725
Registered Nov. 25, 1975

## TRADEMARK
### Principal Register

## SESAME STREET

Children's Television Workshop (New York corporation)
1 Lincoln Plaza
New York, N.Y.    10023

For: CALENDARS, POSTERS, CHILDREN'S MAG-
AZINES, COLORING BOOKS AND TEACHERS'
GUIDES, in CLASS 16 (U.S. CL. 38).
First use November 1969; in commerce November 1969.

Ser. No. 33,761, filed Oct. 4, 1974.

M. E. BODSON, Examiner

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,027,429

Registered Dec. 16, 1975

## TRADEMARK
### Principal Register

# SESAME STREET

Children's Television Workshop (New York corporation)
1 Lincoln Plaza
New York, N.Y.   10023

For: TOYS, PACKAGED AMUSEMENT AND EDU-
CATIONAL GAMES, PUPPETS, PUZZLES, TOY FILM
CARTRIDGE AND VIEWER, in CLASS 28 (U.S. CL.
22).
   First use October 1971; in commerce October 1971.
   Owner of Reg. Nos. 974,205, 981,122 and others.

   Ser. No. 32,247, filed Sept. 16, 1974.

V. T. HARFORD, Jr., Examiner

Int. Cl.: 24

Prior U.S. Cl.: 42

## United States Patent Office

Reg. No. 1,082,622
Registered Jan. 17, 1978

## TRADEMARK
### Principal Register

## SESAME STREET

Children's Television Workshop (New York corporation)
1 Lincoln Plaza
New York, N.Y.   10023

For: COMFORTERS, BLANKETS, MATTRESS COVERS, CURTAINS AND SHEETS, in CLASS 24 (U.S. CL. 42).
   First use June 1, 1976; in commerce June 1, 1976.

Ser. No. 125,106, filed May 2, 1977.

M. J. LEAHY, Examiner

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

## United States Patent Office

Reg. No. 1,082,535
Registered Jan. 17, 1978

## TRADEMARK
### Principal Register

# SESAME STREET

Children's Television Workshop (New York corporation)
1 Lincoln Plaza
New York, N.Y.   10023

For: UMBRELLAS AND HANDBAGS, in CLASS 18 (U.S. CLS. 3 and 41).
First use May 1, 1975; in commerce May 1, 1975.

Ser. No. 125,105, filed May 2, 1977.

M. J. LEAHY, Examiner

Int. Cls.: 9 and 42

Prior U.S. Cls.: 38, 100 and 101

**United States Patent and Trademark Office**

Reg. No. 1,895,976
Registered May 30, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### SESAME STREET

CHILDREN'S TELEVISION WORKSHOP (NEW YORK CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: COMPUTER PROGRAMS AND SOFTWARE TO ENTERTAIN AND EDUCATE CHILDREN, IN CLASS 9 (U.S. CL. 38).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

FOR: ON-LINE COMPUTER SERVICES PROVIDING ACCESS TO CHILDREN'S GAMES AND ACTIVITIES AND EDUCATIONAL MATERIALS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-1992; IN COMMERCE 10-1-1992.

OWNER OF U.S. REG. NOS. 974,205, 1,799,882 AND OTHERS.

SER. NO. 74-473,602, FILED 12-21-1993.

KEVIN L. SAUL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,110,963

## United States Patent and Trademark Office

Registered Jan. 9, 1979

## TRADEMARK
### Principal Register

## SESAME STREET

Children's Television Workshop (New York corporation)
1 Lincoln Plaza
New York, N.Y. 10023

For: CHILDREN'S CLOTHING — NAMELY, JEANS, SLACKS, SHORTS, T-SHIRTS, POLO SHIRTS, BLOUSES, DRESSES, JUMPERS, SLEEPWEAR, ROBES, WARM-UP SUITS, SWEAT SHIRTS, RAINWEAR, SWEATERS, SCARVES, HATS, CAPS, MITTENS, SNOWSUITS, BELTS, SHOES, SNEAKERS, BOOTS, SLIPPERS, SMOCKS, AND INFANTS SLEEPERS, SWIMWEAR, PLAYSUITS, AND BIBS—in CLASS 25 (U.S. CL. 39).

First use Aug. 1, 1975; in commerce Aug. 1, 1975.

Ser. No. 125,020, filed May 2, 1977.

R. PEVERADA, Examiner



Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

**United States Patent and Trademark Office**

**Reg. No. 1,240,243**
Registered May 31, 1983

## TRADEMARK
### Principal Register

## SESAME STREET

Children's Television Workshop (New York corporation)
1 Lincoln Plz.
New York, N.Y. 10023

For: FICTION AND NON-FICTION BOOKS FOR CHILDREN, CHARTS, BOOK PLATES, GREETING CARDS, PAPER GIFT TAGS AND BOOK MARKS, in CLASS 16 (U.S. Cls. 37 and 38).

First use Mar. 24, 1970; in commerce Mar. 24, 1970.

Owner of U.S. Reg. Nos. 974,205, 1,025,725 and others.

Ser. No. 300,294, filed Mar. 9, 1981.

HENRY S. ZAK, Examining Attorney

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,248,851**

## United States Patent and Trademark Office

**Registered June 1, 1999**

### TRADEMARK
### PRINCIPAL REGISTER

## SESAME STREET

CHILDREN'S TELEVISION WORKSHOP (NEW YORK CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRE-RECORDED VIDEO TAPES FEATURING ENTERTAINMENT AND INFORMATION OF GENERAL INTEREST TO CHILDREN AND PARENTS, AND POSTERS AND ACTIVITY BOOKS SOLD AS A UNIT THERE-WITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0–0–1986; IN COMMERCE 0–0–1986.

OWNER OF U.S. REG. NOS. 1,025,725, 1,220,642 AND OTHERS.

SER. NO. 75–351,849, FILED 9–4–1997.

JENNIFER MCGARRY, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, 28, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107

Reg. No. 2,711,703

## United States Patent and Trademark Office

Registered Apr. 29, 2003

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

### SESAME WORKSHOP

SESAME WORKSHOP (NEW YORK CORPORA-TION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023 BY CHANGE OF NAME CHILDREN'S TELEVISION WORKSHOP (NEW YORK CORPORATION) NEW YORK, NY 10023

FOR: VIDEO RECORDINGS, AUDIO RECORD-INGS, VIDEO DISCS, CD-ROMS AND SOFTWARE, ALL FEATURING INFORMATION AND ENTER-TAINMENT OF GENERAL INTEREST TO CHIL-DREN, PARENTS AND FAMILIES; CALCULATORS, COMPACT DISC PLAYERS, CLOCKS INCORPORATING RADIOS, PHONO-GRAPHS, RADIOS, DIGITAL AUDIO TAPE PLAY-ERS, AUDIO TAPE RECORDERS, VIDEO TAPE RECORDERS, WALKIE-TALKIES, DECORATIVE REFRIGERATOR MAGNETS, SCALES, BABY MONITORS, BICYCLE HELMETS, LIFE JACKETS, COMPUTER GAME PROGRAMS AND CARTRID-GES, PHOTOGRAPHIC CAMERAS, VIDEO CAM-ERAS, COMPUTER PERIPHERAL MOUSE PADS, TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

FOR: BOOKS AND MAGAZINES FEATURING INFORMATION AND EDUCATION FOR CHIL-DREN, PARENTS AND FAMILIES, POSTERS, STICKERS, DISPOSABLE DIAPERS, SHELF PAPER, TOILET PAPER, FACIAL TISSUE, PAPER IDENTI-FICATION TAGS, PAPER PLACE MATS, PLASTIC PLACE MATS, ADDRESS BOOKS, BABY BOOKS, AUTOGRAPH BOOKS, BIRTHDAY BOOKS, BOOK-MARKS, CALENDARS, GREETING CARDS, POST-CARDS, CONSTRUCTION PAPER, STATIONERY, GIFT WRAPPING PAPER, GIFT TAGS, PAPER PARTY DECORATIONS, PENCIL CASES, MODEL-ING CLAY, CRAYONS, MARKERS, DRAWING SETS, PRINTING SETS, NAMELY, RUBBER

STAMPS AND STAMP PADS; PERSONAL ORGANI-ZERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

FOR: MEN'S, WOMEN'S, CHILDREN'S AND IN-FANT'S CLOTHING, NAMELY, SHIRTS, T-SHIRTS, TANK TOPS, PANTS, OVERALLS, JACKETS, SOCKS, LEGGINGS, SLEEPERS, SNOWSUITS, SLEEPWEAR, LOUNGEWEAR, JUMPERS, COATS, DRESSES, SKIRTS, UNDERWEAR, SWEATERS, SWIMWEAR, CLOTHING TIES, VESTS, SHORTS, CLOTHING MUFFLERS, SCARVES, HEADWEAR, FOOTWEAR, CLOTHING BELTS, SUSPENDERS, RAINCOATS, CLOTH DIAPERS, SMOCKS, SKI BOOT BAGS, HALLOWEEN AND CHRISTMAS COSTUMES; WORKOUT CLOTHES, NAMELY, SWEATSHIRTS, GYM SHORTS, GYM SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

FOR: GAMES AND TOYS, NAMELY, ACTION SKILL GAMES, BOARD GAMES, CARD GAMES, MANIPULATIVE GAMES, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES, PLUSH TOYS, SQUEEZE TOYS, TOY FIGURES, BATH TOYS, BEACH TOYS, MULTIPLE ACTIVITY BABY TOYS, PUPPETS, TOY FILM CARTRIDGES AND VIEWERS, DOLLS, BEAN BAGS, PULL TOYS, BABY RATTLES, RIDE-ON TOYS, ELECTRONIC LEARN-ING TOYS, CHRISTMAS DECORATIONS, CHRIST-MAS TREE ORNAMENTS, CHRISTMAS TREE SKIRTS, AIR MATTRESSES FOR RECREATIONAL USE, TOY SCOOTERS, ICE SKATES, ROLLER SKATES, SPORTS BALLS, BEACH BALLS, PLAY-GROUND BALLS, FLYING DISCS, GOLF CLUB COVERS, INFLATABLE SWIM FLOATS FOR RE-CREATIONAL USE, JUMP ROPES, KITES, INFLA-TABLE SWIMMING POOLS, PLAYGROUND SAND

BOXES, SNOW SLEDS FOR RECREATIONAL USE, SNOW BOARDS, TENNIS RACKET TAPE GRIP COVERS, WIND UP TOYS, BALLOONS, TOY BUILDING BLOCKS, CONSTRUCTION TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

FOR: ENTERTAINMENT IN THE NATURE OF ONGOING TELEVISION SERIES FEATURING IN-FORMATION AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; EN-TERTAINMENT, NAMELY, LIVE THEATRICAL PERFORMANCES DIRECTED TO CHILDREN,

PARENTS AND FAMILIES; AMUSEMENT PARKS; PROVIDING INFORMATION AND ENTERTAIN-MENT OF GENERAL INTEREST TO CHILDREN, PARENTS AND FAMILIES VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

OWNER OF U.S. REG. NOS. 974,205, 2,124,225, AND OTHERS.

SN 75-908,339, FILED 2-3-2000.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 954,372

**United States Patent and Trademark Office**

Registered Mar. 6, 1973

10 Year Renewal

Renewal Term Begins Mar. 6, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## BIG BIRD

JIM HENSON PRODUCTIONS, INC. (NEW YORK CORPORATION)
117 EAST 60TH STREET
NEW YORK, NY, BY MERGER AND CHANGE OF NAME FROM MUPPETS, INC. (NEW YORK CORPORATION)
NEW YORK, NY

FOR: PUPPETS, IN CLASS 22 (INT. CL. 28).

FIRST USE 10-26-1971; IN COMMERCE 10-26-1971.

SER. NO. 72-413,289, FILED 1-20-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 15, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

954,372
Registered Mar. 6, 1973

## PRINCIPAL REGISTER
Trademark

Ser. No. 413,289, filed Jan. 20, 1972

## BIG BIRD

Muppets, Inc. (New York corporation)
277 E. 67th St.
New York, N.Y.

For: PUPPETS, in CLASS 22 (INT. CL. 28).
First use on or about Oct. 26, 1971; in commerce on or about Oct. 26, 1971.

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,056,651

Registered Jan. 18, 1977

## TRADEMARK
### Principal Register

## BERT

Muppets, Inc. (New York corporation)
227 E. 67th St.
New York, N.Y.   10021

For: DOLLS, in CLASS 28 (U.S. CL. 22).
First use Mar. 3, 1975; in commerce Mar. 3, 1975.
Owner of Reg. No. 961,949.

Ser. No. 72,040, filed Dec. 17, 1975.

V. T. HARFORD, JR., Examiner

# United States Patent Office

**959,284**
Registered May 22, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 413,288, filed Jan. 20, 1972

## COOKIE MONSTER

Muppets, Inc. (New York corporation)
277 E. 67th St.
New York, N.Y.

For: PUPPETS, in CLASS 22 (INT. CL. 28).
First use on or about Sept. 22, 1971; in commerce on or about Sept. 22, 1971.

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,046,044

Registered Aug. 10, 1976

## TRADEMARK
### Principal Register

## COOKIE MONSTER

Muppets, Inc. (New York corporation)
227 E. 67th St.
New York, N.Y.   10021

For: DOLLS, in CLASS 28 (U.S. CL. 22).
First use Mar. 7, 1975; in commerce Mar. 7, 1975.

Ser. No. 72,043, filed Dec. 17, 1975.

W. A. CONN, Examiner.

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,046,043
Registered Aug. 10, 1976

## TRADEMARK
### Principal Register

## ERNIE

Muppets, Inc. (New York corporation)
227 E. 67th St.
New York, N.Y.    10021

For: DOLLS, in CLASS 28 (U.S. CL. 22).
First use Mar. 7, 1975; in commerce Mar. 7, 1975.

Ser. No. 72,038, filed Dec. 17, 1975.

W. A. CONN, Examiner.

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,056,652
Registered Jan. 18, 1977

## TRADEMARK
### Principal Register

# OSCAR THE GROUCH

Muppets, Inc. (New York corporation)
227 E. 67th St.
New York, N.Y.  10021

For: DOLLS, in CLASS 28 (U.S. CL. 22).
First use Mar. 7, 1975; in commerce Mar. 7, 1975.
Owner of Reg. No. 961,951.

Ser. No. 72,042, filed Dec. 17, 1975.

V. T. HARFORD, Jr., Examiner



# United States of America
## United States Patent and Trademark Office

# ABBY CADABBY

**Reg. No. 3,942,072**

**Registered Apr. 5, 2011**

**Int. Cls.: 16, 25, 28, and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRINTED MATERIALS, NAMELY, BOOKS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; STORY BOOKS, CHILDREN'S BOOKS, CHILDREN'S ACTIVITY BOOKS; PAPER CAKE DECORATIONS, PAPER CENTERPIECES, PAPER GIFT BAGS, PAPER NAPKINS, PAPER PARTY DECORATIONS, PAPER PARTY FAVORS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER TABLECLOTHS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-2007; IN COMMERCE 6-0-2007.

FOR: HALLOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, PLUSH TOYS, PUPPETS, DOLLS, DOLL ACCESSORIES, PLAY COSTUMES, MASQUERADE GAMES AND COSTUMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

FOR: ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; PROVIDING ONLINE INFORMATION FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-15-2006; IN COMMERCE 8-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-960,851, FILED 8-25-2006.

ELLEN PERKINS, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# ABBY CADABBY

**Reg. No. 4,739,270**

**Registered May 19, 2015**

**Int. Cls.: 9, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
1900 BROADWAY
NEW YORK, NY 10023

FOR: MUSICAL RECORDINGS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS AND PRE-RECORDED VIDEO TAPES, VIDEO CASSETTES, CD-ROMS, DVDS AND CDS FEATURING CHILDREN'S ENTERTAINMENT AND CHILDREN'S EDUCATIONAL TOPICS FOR THE BENEFIT OF CHILDREN, PARENTS AND FAMILIES; MOUSE PADS; PRE-RECORDED ELECTRONIC AND DIGITAL MEDIA FEATURING CHILDREN'S ENTERTAINMENT, CHILDREN'S EDUCATION AND CHILDREN'S TELEVISION PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

FOR: SHIRTS, T-SHIRTS, TANK TOPS, PANTS, SHORTS, OVERALLS, JACKETS, VESTS, SOCKS, LEGGINGS, SLEEPWEAR, LOUNGEWEAR, JUMPERS, DRESSES, SKIRTS, UNDERWEAR, SWEATERS, SWIMWEAR, HEADWEAR, FOOTWEAR, BELTS, SMOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, BOARD GAMES, MANIPULATIVE PUZZLES, MANIPULATIVE GAMES, ELECTRONIC LEARNING TOYS, SQUEEZE TOYS, MULTIPLE ACTIVITY BABY TOYS, PULL TOYS, BABY RATTLES, TOY VEHICLES, WIND UP TOYS, BALLOONS, TOY BUILDING BLOCKS, CONSTRUCTION TOYS, TOY BUILDING STRUCTURES; CHRISTMAS TREE DECORATIONS AND ORNAMENTS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,942,072.

SN 85-243,446, FILED 2-16-2011.



Director of the United States
Patent and Trademark Office

**Reg. No. 4,739,270** IRA J. GOODSAID, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,972,337**

**Registered June 7, 2011**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PLUSH TOYS; INTERACTIVE PLUSH TOYS SOLD AS A UNIT WITH DVDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-4-2009; IN COMMERCE 8-4-2009.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HANDS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "ELMO'S "TICKLE" HANDS" WITH THE "H" FORMED BY HANDS AND EYES AND AN OVAL DESIGN.

SER. NO. 77-825,196, FILED 9-11-2009.

ANGELA M. MICHELI, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cls.: 9, 16, 25, and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, and 50

Reg. No. 2,646,137

## United States Patent and Trademark Office

Registered Nov. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## ELMO'S WORLD

SESAME WORKSHOP (NEW YORK CORPORA-TION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: VIDEO RECORDINGS, AUDIO RECORD-INGS, VIDEO DISCS, CD-ROMS AND EDUCATION-AL SOFTWARE, ALL FEATURING INFORMATION AND ENTERTAINMENT OF GENERAL INTEREST TO CHILDREN, PARENTS AND FAMILIES; CAL-CULATORS, COMPACT DISC PLAYERS, CLOCK INCORPORATING RADIOS, PHONOGRAPHS, RADIOS, DIGITAL AUDIO TAPE PLAYERS, AUDIO TAPE RECORDERS, VIDEO TAPE RECORDERS, WALKIE-TALKIES, DECORATIVE REFRIGERA-TOR MAGNETS, SCALES, BABY MONITORS, BI-CYCLE HELMETS, LIFE JACKETS, COMPUTER GAME PROGRAMS AND CARTRIDGES, PHOTO-GRAPHIC CAMERAS, VIDEO CAMERAS, COMPU-TER PERIPHERAL MOUSE PADS, TELEPHONES, ALL DISTRIBUTED IN ASSOCIATION WITH AP-PLICANT'S ONGOING CHILDREN'S TELEVISION SERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: BOOKS AND MAGAZINES FEATURING INFORMATION AND EDUCATION FOR CHIL-DREN, PARENTS AND FAMILIES, POSTERS, STICKERS, DISPOSABLE DIAPERS, SHELF PAPER, TOILET PAPER, FACIAL TISSUE, PAPER IDENTI-FICATION TAGS, PAPER PLACE MATS, ADDRESS BOOKS, BABY BOOKS, AUTOGRAPH BOOKS, BIRTHDAY BOOKS, BOOKMARKS, CALENDARS, GREETING CARDS, POSTCARDS, CONSTRUC-TION PAPER, STATIONERY, GIFT WRAPPING PAPER, GIFT TAGS, PAPER PARTY DECORA-TIONS, PENCIL CASES, MODELING CLAY, CRAY-ONS, MARKERS, DRAWING SETS, NAMELY, PAPER, PENS, PENCILS, MARKERS, CRAYONS, INK, PASTELS, CHARCOALS AND ERASERS; PRINTING SETS, NAMELY, RUBBER STAMPS

AND STAMP PADS; PERSONAL ORGANIZERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: MEN'S, WOMEN'S, CHILDREN'S AND IN-FANT'S CLOTHING, NAMELY, SHIRTS, T-SHIRTS, TANK TOPS, PANTS, OVERALLS, JACKETS, SOCKS, LEGGINGS, SLEEPERS, SNOWSUITS, SLEEP WEAR, LOUNGEWEAR, JUMPERS, COATS, DRESSES, SKIRTS, UNDERWEAR, SWEATERS, SWIM WEAR, CLOTHING TIES, VESTS, SHORTS, CLOTHING MUFFLERS, SCARVES, HEAD WEAR, FOOTWEAR, CLOTHING BELTS, SUSPENDERS, RAINCOATS, CLOTH DIAPERS, SMOCKS, HAL-LOWEEN AND CHRISTMAS COSTUMES; WORK-OUT CLOTHES, NAMELY, SWEATSHIRTS, GYM SHORTS, GYM SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

FOR: GAMES AND TOYS, NAMELY, ACTION SKILL GAMES, BOARD GAMES, CARD GAMES, MANIPULATIVE GAMES, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES, PLUSH TOYS, SQUEEZE TOYS, TOY FIGURES, BATH TOYS, BEACH TOYS, MULTIPLE ACTIVITY BABY TOYS, PUPPETS, TOY FILM CARTRIDGES AND VIEWERS, DOLLS, BEAN BAGS, PULL TOYS, BABY RATTLES, RIDE-ON TOYS, ELECTRONIC LEARN-ING TOYS, CHRISTMAS DECORATIONS, CHRIST-MAS TREE ORNAMENTS, CHRISTMAS TREE SKIRTS, AIR MATTRESSES FOR RECREATIONAL USE, TOY SCOOTERS, ICE SKATES, ROLLER SKATES, SPORTS BALLS, BEACH BALLS, PLAY-GROUND BALLS, FLYING DISCS, GOLF CLUB COVERS, INFLATABLE SWIM FLOATS FOR RE-CREATIONAL USE, JUMP ROPES, KITES, INFLA-TABLE SWIMMING POOLS, PLAYGROUND SAND BOXES, SNOW SLEDS FOR RECREATIONAL USE, SNOW BOARDS, TENNIS RACKET TAPE GRIP COVERS, WIND UP TOYS, BALLOONS, TOY

BUILDING BLOCKS, CONSTRUCTION TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

SN 75-628,972, FILED 1-27-1999.

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,319,583

Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## FELIZ, SANO, LISTO PARA LA ESCUELA

SESAME WORKSHOP (NEW YORK NON-PROF-IT CORPORATION)
ONE LINCOLN CENTER
NEW YORK, NY 10023

FOR: PRINTED MATERIALS, NAMELY NEWS-LETTERS, BROCHURES, AND PAMPHLETS FEATURING EDUCATIONAL AND ENTERTAINMENT MATERIAL DIRECTED TO CHILDREN, PARENTS AND FAMILIES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-2004; IN COMMERCE 3-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS HAPPY, HEALTHY, READY FOR SCHOOL.

SN 78-488,358, FILED 9-23-2004.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,665,227

Registered Aug. 4, 2009

## TRADEMARK
### PRINCIPAL REGISTER

HÁBITOS SALUDABLES PARA
TODA LA VIDA

SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRINTED MATERIALS, NAMELY, BOOKS,
MAGAZINES AND NEWSLETTERS FEATURING
EDUCATIONAL THEMES AND ENTERTAINMENT
FOR CHILDREN; CHILDREN'S ACTIVITY BOOKS ,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-2007; IN COMMERCE 10-0-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS "HEALTHY HA-
BITS FOR LIFE".

SN 78-981,150, FILED 8-25-2005.

FRANK LATTUCA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# FOLEY & FRIENDS

**Reg. No. 7,006,944**

**Registered Mar. 21, 2023**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sesame Workshop (NEW YORK non-profit corporation )
One Lincoln Plaza
New York, NEW YORK 10023

CLASS 9: Downloadable podcasts in the field of children's education and entertainment; audiobooks in the field of children's education and entertainment; audio recordings featuring children's education and entertainment

FIRST USE 10-00-2020; IN COMMERCE 10-00-2020

CLASS 41: Entertainment and educational services, namely, providing podcasts in the field of children's education and entertainment; providing online information in the field of children's education and entertainment

FIRST USE 10-00-2020; IN COMMERCE 10-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-402,878, FILED 12-22-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 9 and 16**

**Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, and 50**

Reg. No. 3,633,098

## United States Patent and Trademark Office

Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER

## HAPPY HEALTHY MONSTERS

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: VIDEO TAPES AND DVDS FEATURING EDUCATIONAL AND ENTERTAINMENT THEMES DIRECTED TO CHILDREN, PARENTS AND FAMILIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2007; IN COMMERCE 2-1-2007.

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, BROCHURES, AND PAMPHLETS ALL FEATURING INFORMATION AND ENTERTAINMENT FOR CHILDREN, PARENTS AND FAMILIES; STORY BOOKS, CHIL-

DREN'S BOOKS, CHILDREN'S ACTIVITY BOOKS, COLORING BOOKS; POSTERS, PRINTED EDUCATIONAL BROCHURES AND PAMPHLETS, STICKERS, AND INSTRUCTIONAL VIDEOS AND DVDS SOLD TOGETHER AS A UNIT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-2005; IN COMMERCE 4-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-472,026, FILED 8-23-2004.

GEORGE LORENZO, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 3,110,646**

**United States Patent and Trademark Office**    Registered June 27, 2006

<div align="center">

**TRADEMARK**
**PRINCIPAL REGISTER**

</div>

<div align="center">

## HAPPY, HEALTHY, READY FOR SCHOOL

</div>

SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRINTED MATERIALS, NAMELY NEWS-
LETTERS, BROCHURES, AND PAMPHLETS FEA-
TURING EDUCATIONAL AND ENTERTAINMENT
MATERIAL DIRECTED TO CHILDREN, PARENTS
AND FAMILIES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 3-0-2004; IN COMMERCE 3-0-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-976,102, FILED 11-14-2003.

BERYL GARDNER, EXAMINING ATTORNEY

Int. Cls.: 9, 16, and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, and 50

Reg. No. 3,604,268

## United States Patent and Trademark Office

Registered Apr. 7, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# HEALTHY HABITS FOR LIFE

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRE-RECORDED MUSICAL SOUND RECORDINGS, AUDIO RECORDINGS, MUSICAL VIDEO RECORDINGS, VIDEO RECORDINGS, VIDEO CASSETTES, VIDEO DISCS, DVDS, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT FOR CHILDREN; VIDEO RECORDINGS OF TELEVISION PROGRAMS FOR CHILDREN AND PARENTS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2007; IN COMMERCE 2-0-2007.

FOR: PRINTED MATERIALS, NAMELY, BOOKS AND MAGAZINES FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT FOR CHILDREN; STORY BOOKS, CHILDREN'S BOOKS, CHILDREN'S ACTIVITY BOOKS, AND COLORING BOOKS; NOTEBOOKS AND SPIRAL NOTEPADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-2005; IN COMMERCE 4-0-2005.

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, BOARD GAMES, CARD GAMES, MANIPULATIVE GAMES, AND ELECTRONIC LEARNING TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-0-2007; IN COMMERCE 2-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-426,761, FILED 5-28-2004.

ANNE E. GUSTASON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## HELPING KIDS GROW SMARTER, STRONGER, AND KINDER

**Reg. No. 5,871,312**

**Registered Oct. 01, 2019**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Sesame Workshop  (NEW YORK non-profit corporation )
One Lincoln Plaza
New York, NEW YORK 10023

CLASS 35: Promoting public awareness of issues concerning children's education and development

FIRST USE 6-00-2015; IN COMMERCE 6-00-2015

CLASS 41: Educational and entertainment services, namely, ongoing television programs in the field of children's education and entertainment; education and entertainment services, namely, ongoing multimedia programs in the field of children's education and entertainment distributed via various platforms across multiple forms of transmission media; entertainment services in the nature of development, creation, production, distribution, and post-production of multimedia entertainment content; providing online information in the field of children's education and entertainment

FIRST USE 6-00-2015; IN COMMERCE 6-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-084,730, FILED 08-20-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

### LET'S GET READY! PLANNING TOGETHER FOR EMERGENCIES

**Reg. No. 3,825,629**

**Registered July 27, 2010**

**Int. Cls.: 9 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRE-RECORDED DVDS CONTAINING EDUCATIONAL SOFTWARE FEATURING INSTRUCTION IN THE FIELD OF EMERGENCY PREPAREDNESS DIRECTED TO CHILDREN, PARENTS, FAMILIES AND CAREGIVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

FOR: PRINTED PUBLICATIONS, NAMELY, MAGAZINES, BROCHURES, PAMPHLETS, BOOKLETS, CHILDREN'S ACTIVITY BOOKS AND BOOKLETS, DIRECTED TO CHILDREN, PARENTS, FAMILIES AND CAREGIVERS IN THE FIELD OF EMERGENCY PREPAREDNESS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-438,026, FILED 4-2-2008.

JAMES LOVELACE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LITTLE CHILDREN BIG CHALLENGES

**Reg. No. 4,511,604**

**Registered Apr. 8, 2014**

**Int. Cls.: 9, 16, and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
1900 BROADWAY
NEW YORK, NY 10023

FOR: VIDEO RECORDINGS, AND DVDS, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; DOWNLOAD-ABLE ELECTRONIC BOOKS, BOOKLETS, PAMPHLETS, AND NEWSLETTERS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; DOWNLOADABLE MULTIMEDIA CONTENT, NAMELY, INTERACTIVE GAMES FOR USE ON COMPUTERS, CELL PHONES AND OTHER MOBILE DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2012; IN COMMERCE 12-0-2012.

FOR: PRINTED PUBLICATIONS, NAMELY, BOOKS, BOOKLETS, PAMPHLETS, AND NEWSLETTERS, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; CHILDREN'S ACTIVITY BOOKS; EDUCATIONAL KITS SOLD AS A UNIT IN THE FIELDS OF RESILIENCY AND PERSEVER-ANCE CONSISTING PRIMARILY OF BOOKS, BOOKLETS, PAMPHLETS AND ALSO IN-CLUDING VIDEO RECORDINGS AND DVDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-2012; IN COMMERCE 12-0-2012.

FOR: PROVIDING ONLINE INFORMATION FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; PROVIDING ONLINE NON-DOWNLOADABLE, BOOKS, BOOKLETS, PAMPHLETS, AND NEWSLETTERS, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; PROVIDING COMPUTER GAMES AND ACTIVITIES FOR CHILDREN, PARENTS AND FAMILIES VIA THE INTERNET, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING PODCASTS AND WEBCASTS, ALL FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIREC-TED TO CHILDREN, PARENTS AND FAMILIES; PROVIDING ONLINE NON-DOWNLOAD-ABLE INTERACTIVE VIDEO GAMES AND MULTIMEDIA COMPUTER GAMES; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE VIDEOS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT; COMMUNITY OUTREACH SERVICES



**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,511,604**    PROVIDED TO CHILDREN, PARENTS AND FAMILIES, NAMELY, PROVIDING INFORM-
ATION, NEWS AND COMMENTARY IN THE FIELDS OF RESILIENCY AND PERSEVER-
ANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-0-2012; IN COMMERCE 12-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-721,807, FILED 9-6-2012.

KAREN SEVERSON, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,994,747

Registered Sep. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## ORGANIC LETTER OF
## THE DAY COOKIES

SESAME WORKSHOP (NEW YORK NON-PROF-
    IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

    FOR: COOKIES, IN CLASS 30 (U.S. CL. 46).

    FIRST USE 9-0-2004; IN COMMERCE 9-0-2004.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ORGANIC OR COOKIES", APART
FROM THE MARK AS SHOWN.

    SER. NO. 78-424,186, FILED 5-24-2004.

LINDA ESTRADA, EXAMINING ATTORNEY

Int. Cls.: 9, 16, and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,291,435
Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## PLAZA SESAMO

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRE-RECORDED VIDEO TAPES, VIDEO DISCS AND DIGITAL VIDEO DISCS FEATURING EDUCATIONAL INFORMATION AND ENTERTAINMENT FOR CHILDREN AND PARENTS, AND RECORDINGS OF TELEVISION PROGRAMS FOR CHILDREN AND PARENTS; MUSICAL SOUND RECORDINGS, ALL FEATURING INFORMATION AND ENTERTAINMENT FOR CHILDREN AND PARENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2006; IN COMMERCE 4-0-2006.

FOR: FICTION AND NON-FICTION BOOKS AND MAGAZINES, ALL FEATURING INFORMATION AND ENTERTAINMENT OF GENERAL INTEREST TO CHILDREN AND PARENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

FOR: TOYS, NAMELY, INFANT TOYS, PLUSH TOYS, SOFT SCULPTURE TOYS, SQUEEZABLE SQUEAKING TOYS, STUFFED TOYS; GAMES, NAMELY, PACKAGED AMUSEMENT AND EDUCATIONAL GAMES IN THE NATURE OF MANIPULATIVE GAMES; PUZZLES, NAMELY, JIGSAW PUZZLES, AND MANIPULATIVE AND CUBE PUZZLES; PUPPETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

OWNER OF U.S. REG. NOS. 1,025,725, 1,895,976, AND OTHERS.

THE ENGLISH TRANSLATION OF "PLAZA SESAMO" IS "SESAME STREET".

SN 78-139,441, FILED 6-27-2002.

HEATHER BIDDULPH, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,830,142**

Registered Apr. 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SESAME BEGINNINGS

SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: BOOKS, MAGAZINES AND NEWSLETTERS
FOR CHILDREN, PARENTS AND FAMILIES,
STORY BOOKS, CHILDREN'S BOOKS, CHIL-
DREN'S ACTIVITY BOOKS, COLORING BOOKS ,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-28-2002; IN COMMERCE 5-28-2002.

OWNER OF U.S. REG. NOS. 1,025,725, 2,711,703
AND OTHERS.

SER. NO. 78-242,470, FILED 4-26-2003.

KATHY DE JONGE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,437,796

## United States Patent and Trademark Office

Registered May 27, 2008

## TRADEMARK
### PRINCIPAL REGISTER



SESAME WORKSHOP (NEW YORK NON-PROF-
IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: PRE-RECORDED MUSICAL SOUND RE-
CORDINGS, AUDIO RECORDINGS, AUDIO CAS-
SETTES, COMPACT DISCS, AND DIGITAL AUDIO
DISCS ALL FEATURING FEATURING EDUCA-
TIONAL THEMES AND ENTERTAINMENT DIREC-
TED TO CHILDREN, PARENTS, AND FAMILIES,
MUSICAL VIDEO RECORDINGS, PRE-RECORDED
VIDEO RECORDINGS, VIDEO DISCS, VIDEO CAS-
SETTES AND DIGITAL VIDEO DISCS ALL FEA-

TURING FEATURING EDUCATIONAL THEMES
AND ENTERTAINMENT DIRECTED TO CHIL-
DREN, PARENTS, AND FAMILIES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-2006; IN COMMERCE 4-4-2006.

OWNER OF U.S. REG. NOS. 1,025,725, 2,711,703,
AND OTHERS.

SN 78-690,415, FILED 8-11-2005.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# SHALOM SESAME

**Reg. No. 3,946,809**

**Registered Apr. 19, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: VIDEO RECORDINGS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, PARENTS AND FAMILIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-1987; IN COMMERCE 2-19-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,475,740, 3,525,731 AND OTHERS.

SER. NO. 77-946,021, FILED 2-26-2010.

KELLEY WELLS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 2,992,170**

**United States Patent and Trademark Office**    Registered Sep. 6, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

## SUNNY DAYS SNACK BARS

SESAME WORKSHOP (NEW YORK NON-PROF-
    IT CORPORATION)

ONE LINCOLN PLAZA

NEW YORK, NY 10023

FOR: GRAIN-BASED, CEREAL-BASED, RICE-
BASED, AND GRANOLA-BASED SNACK BARS, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 9-0-2004; IN COMMERCE 9-0-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SNACK BARS", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-430,955, FILED 6-7-2004.

JOHN SCHUYLER YARD, EXAMINING ATTOR-
NEY

**Int. Cls.: 9, 16, and 41**

**Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, and 107**

**Reg. No. 3,478,191**

## United States Patent and Trademark Office

**Registered July 29, 2008**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# TALK, LISTEN, CONNECT

SESAME WORKSHOP (NEW YORK NON-PROF-IT CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: AUDIO RECORDINGS, VIDEO RECORD-INGS, VIDEO TAPES, AND DVDS FEATURING ENTERTAINMENT AND EDUCATIONAL INFOR-MATION ON ISSUES RELATED TO MILITARY SERVICE AND DEPLOYMENT DIRECTED TO CHILDREN, PARENTS, FAMILIES, AND CARE-GIVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

FOR: PRINTED MATERIALS, NAMELY, MAGA-ZINES, NEWSLETTERS, BROCHURES, PAMPH-LETS, AND BOOKLETS FEATURING ENTERTAINMENT AND EDUCATIONAL INFOR-MATION ON ISSUES RELATED TO MILITARY SERVICE AND DEPLOYMENT DIRECTED TO CHILDREN, PARENTS, FAMILIES, AND CARE-GIVERS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING ON-LINE PROGRAMS IN THE FIELDS OF MILITARY SERVICE AND DEPLOYMENT DI-RECTED TO CHILDREN, PARENTS, FAMILIES, AND CAREGIVERS USING ON-LINE ACTIVITIES, AND PRINTABLE MATERIALS DISTRIBUTED THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-884,603, FILED 5-16-2006.

ELLEN PERKINS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## THE NOT-TOO-LATE SHOW WITH ELMO

**Reg. No. 6,521,804**

**Registered Oct. 12, 2021**

**Int. Cl.: 9, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Sesame Workshop  (NEW YORK non-profit corporation )
One Lincoln Plaza
New York, NEW YORK 10023

CLASS 9: Audio and video recordings featuring children's education and entertainment

FIRST USE 9-00-2020; IN COMMERCE 9-00-2020

CLASS 25: Clothing, namely, tops, loungewear and headwear

FIRST USE 1-00-2021; IN COMMERCE 1-00-2021

CLASS 41: Entertainment and educational services, namely, ongoing television program in the field of children's education and entertainment; Entertainment and educational services, namely, ongoing multimedia programs in the field of children's education and entertainment distributed via various platforms across multiple forms of transmission media; Entertainment and educational services, namely, ongoing web series featuring children's education and entertainment; Providing online information in the field of children's education and entertainment

FIRST USE 5-27-2020; IN COMMERCE 5-27-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-982,861, FILED 02-21-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## THE NOT-TOO-LATE SHOW WITH ELMO

**Reg. No. 7,026,248**
**Registered Apr. 11, 2023**
**Int. Cl.: 9, 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

Sesame Workshop  (NEW YORK non-profit corporation )
One Lincoln Plaza
New York, NEW YORK 10023

CLASS 9: Downloadable multimedia content, namely, images, music, audio and video recordings for mobile phones in the field of children's education and entertainment

FIRST USE 12-20-2020; IN COMMERCE 12-20-2020

CLASS 25: Clothing, namely, underwear and sleepwear

FIRST USE 12-20-2020; IN COMMERCE 12-20-2020

CLASS 41: Providing podcasts and webcasts in the field of children's education and entertainment; presentation of live show performances

FIRST USE 12-20-2020; IN COMMERCE 12-20-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-806,452, FILED 02-21-2020





*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 2,140,480**

## United States Patent and Trademark Office

Registered Mar. 3, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## TICKLE ME

CHILDREN'S TELEVISION WORKSHOP (NEW YORK CORPORATION)
ONE LINCOLN PLAZA
NEW YORK, NY 10023

FOR: TOYS, NAMELY, PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6–30–1996; IN COMMERCE 6–30–1996.

SER. NO. 75–219,669, FILED 12–30–1996.

MICHAEL LEVY, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

# WATCH ME GROW

**Reg. No. 4,471,490**

**Registered Jan. 21, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SESAME WORKSHOP (NEW YORK NON-PROFIT CORPORATION)
1900 BROADWAY
NEW YORK, NY 10023

FOR: CLOTHING FOR CHILDREN AND INFANTS, NAMELY, SHIRTS, SWEATSHIRTS, TANK TOPS, T SHIRTS, PANTS, LOUNGEWEAR, OVERALLS, JEANS, SHORTS, VESTS, SOCKS, LEGGINGS, SLEEPWEAR, INFANTS' SLEEPERS, ROBES, DRESSES, JUMPERS, SKIRTS, SWEATERS, UNDERWEAR, SWIMWEAR, PLAYSUITS, BABY BIBS NOT MADE OF PAPER, HEADWEAR, FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2012; IN COMMERCE 7-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-572,011, FILED 3-16-2012.

ROBERT STRUCK, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.