\ IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SESAME WORKSHOP,

                     Plaintiff,

      v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

Case No. 2:25-cv-00375

**Judge Gretchen S. Lund**

**Magistrate Judge John E. Martin**

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff Sesame Workshop's ("Plaintiff")

Motion for Entry of a Preliminary Injunction [DE 34], and this Court having heard the evidence

before it GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety

against the Defendants identified on Schedule A attached hereto ("Defendants"), who operate

the fully interactive, e-commerce stores[1] operating under the seller aliases identified in

Schedule A attached hereto (the "Seller Aliases").

This Court finds that it has personal jurisdiction over the Defendants since the

Defendants directly target their business activities toward consumers in the United States,

including Indiana. Specifically, Defendants have targeted sales to Indiana residents by setting

up and operating e-commerce stores that target United States consumers using one or more

seller aliases, offer shipping to the United States, including Indiana, and have sold products

bearing unauthorized copies of Plaintiff's copyrighted works, including the distinctive

characters embodied therein ("Sesame Street Copyrighted Works"), and/or using infringing

---

[1] The e-commerce store urls are listed on Schedule A hereto.

and counterfeit versions of Plaintiff's federally registered trademarks (the "Sesame Street Trademarks") to residents of Indiana (such products collectively referred to herein as the "Unauthorized Products"). In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Indiana residents by operating one or more commercial, interactive internet stores through which Indiana residents can and do purchase products using counterfeit versions of the Sesame Street Trademarks and/or unauthorized copies of the Sesame Street Copyrighted Works. *See* Docket No. [14], [22], [23], which include screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its infringing and/or counterfeit goods to customers in Indiana bearing infringing and/or counterfeit versions of the Sesame Street Trademarks and/or unauthorized copies of the Sesame Street Copyrighted Works.

A list of the Sesame Street Copyrighted Works is included in the below chart.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| VA0001693455 | Elmo. | October 14, 2009 |
| VA0001693460 | Big Bird. | October 14, 2009 |
| VA0001693456 | Cookie Monster. | October 14, 2009 |
| VA0001693450 | Grover. | October 14, 2009 |
| VA0001693461 | Bert. | October 14, 2009 |
| VA0001693452 | Ernie. | October 14, 2009 |

A list of the Sesame Street Trademarks is included in the below chart.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 2,891,251 |  | Oct. 5, 2004 | For: music boxes, musical instruments in class 015. |
| 3,470,662 |  | Jul. 22, 2008 | For: Audio recordings, compact discs, multimedia software recorded on CD-ROMs, video recordings, DVDs, |

| | | | downloadable recordings of television programs and cinematographic film for exhibition all featuring educational themes and entertainment directed to children, parents and families; computer game programs, cartridges, discs and software; downloadable multimedia content, namely, music, graphics, audio and video recordings featuring educational themes and entertainment directed to children, parents and families, interactive games all for use on computers, cell phones and other mobile devices; computers and computer peripherals, computer peripheral mouse pads; CD players; radios; radios incorporating clocks; walkie-talkies; decorative refrigerator magnets; sunglasses; eyeglasses in class 009.<br><br>For: Printed materials, namely, books, magazines and newsletters all featuring educational themes and entertainment directed to children, parents and families; coloring books; comic books; teachers' guides featuring educational themes and entertainment directed to children, parents and families; address books; personal organizers; autograph books; baby books; birthday books; diaries; bookmarks; printed charts; photo albums; stationery; writing paper; writing tablets; note cards; notebooks; ring binders; notepads; folders; document portfolios; stationery-type portfolios; postcards; greeting cards; pens; pencils; pencil cases; pencil sharpeners; envelopes; erasers; rubber stamps; stamp pads; chalk; construction paper, crayons, markers, modeling clay, modeling clay sets comprised of clay and plastic sculpting tools sold as a unit, drawing sets comprised of paper and pencils; |
|---|---|---|---|

| | | | arts and crafts paint kits; printing sets consisting of decorative stamps and paper, stencils, easels, storage boxes; calendars; posters; stickers; paper door knob hangers; paper gift tags; gift wrapping paper; paper cake decorations; paper centerpieces; paper bags; paper identification tags; paper napkins; paper party decorations; paper party favors; paper party hats; paper party invitations; paper place mats; paper tablecloths; facial tissue, paper baby bibs; disposable diapers; disposable training pants in class 016.<br><br>For: Clothing for men, women, children and infants, namely, shirts, sweatshirts, tank tops, t-shirts, pants, loungewear, overalls, jeans, shorts, vests, socks, leggings, sleepwear, infants' sleepers, pajamas, nightgowns, robes, dresses, jumpers, skirts, sweaters, underwear, non-disposable cloth training pants, swimwear, playsuits, baby bibs not made of paper, headwear, footwear, mittens, gloves, coats, ponchos, snowsuits, smocks, Halloween and Masquerade costumes; play costumes for use in role-playing games in class 025.<br><br>For: Toys, games and playthings, namely, plush toys, dolls, doll clothing and costumes, doll accessories, hobby craft kits comprising painting sets, action skill games, board games, card games, manipulative puzzles, electronic learning toys, toy film cartridges and viewers, squeeze toys, bath toys, beach toys, multiple activity baby toys, infant toys, baby rattles, baby rattles incorporating teething rings, puppets, bean bags, pull toys, ride-on toys, toy vehicles, toy scooters, sports balls, beach balls, playground balls, toy foam balls, wind |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | up toys, balloons, toy building blocks, construction toys, toy shovels, toy pails, toys designed to be attached to car seats, cribs and high chairs, toy musical instruments, toy telephones, toy music boxes; toy building structures, toy action figures and accessories therefor, cases for play accessories, toy environments for use with action figures, play sets for action figures, toy tools; play costume masks; play doll costumes, inflatable swimming pools, party favors in the nature of small toys; Christmas tree decorations, ornaments in class 028.<br><br>For: Streaming of audio and video material on the Internet in class 038.<br><br>For: Ongoing television program featuring educational themes and entertainment directed to children, parents and families; amusement parks; live theatrical performances; providing online information featuring educational themes and entertainment directed to children, parents and families; providing computer games and activities for children, parents, and families via the internet, all featuring educational themes and entertainment directed to children, parents and families; entertainment services, namely, providing pod casts and web casts, all featuring educational themes and entertainment directed to children, parents and families; providing on-line non-downloadable interactive video games and multimedia computer games in class 041. |
| 3,479,148 |  | Aug. 5, 2008 | For: Baby wipes, toothpaste, gum cleaner in the nature of gum paste, body soap, body wash, bubble bath, hand soap, skin lotion, baby oil, hair care preparations, shampoo in class 003. |

| | | | |
|---|---|---|---|
| | | | For: Adhesive bandages, baby food in class 005. |
| | | | For: Tableware and cutlery, namely, forks and spoons; scissors in class 008. |
| | | | For: Baby bottles, pacifiers for babies, teethers for babies, thermometers for medical purposes; droppers for administering medicine sold empty in class 010. |
| | | | For: Lamps, electric night-lights, flashlights, Christmas tree lights in class 011. |
| | | | For: Automotive accessories, namely, vehicle seat covers in class 012. |
| | | | For: Jewelry, watches, clocks in class 014. |
| | | | For: Umbrellas; bags, namely, diaper bags, sports bags, gym bags, knapsacks, backpacks, wallets, coin purses, water and baby bottle bags, beach bags, book bags, school bags, diaper bags, duffel bags, luggage, traveling bags, pocketbooks, handbags, purses, tote bags, carry-alls; baby backpacks, infant carriers worn on the body, baby carriers worn on the body in class 018. |
| | | | For: Furniture for babies and children, namely, tables, chairs, work benches, step stools, non-metal key rings; picture frames; drinking straws; sleeping bags; pillows in class 020. |
| | | | For: Housewares, kitchenware, dinnerware and beverage ware of paper, plastic, ceramic, glass or earthenware, namely, dishes, platters, |

|  |  |  | plates, bowls, cups, saucers, egg cups, mugs, tumblers and drinking glasses; infant cups; water bottles sold empty; insulated and non-insulated lunch boxes, insulated and non-insulated lunch pails, insulated beverage containers, insulated bottles for beverages; waste baskets; cookie jars; statuettes and figurines of glass, porcelain; non-metal savings piggy banks; baby bathtubs, potties for children, toothbrushes, hair brushes, hair combs; bath sponges in class 021.<br><br>For: Textile and textile goods, namely, shower curtains, window curtains, plastic place mats; bath linens, namely, bath towels, hooded towels, wash cloths; bed linens, namely, bed sheets, crib sheets, bed skirts, pillow cases, pillow shams, quilts, coverlets, bedspreads, bed blankets, crib blankets, receiving blankets, comforters, comforter covers in class 024.<br><br>For: Rugs, wallpaper, floor mats in class 027.<br><br>For: Dairy products excluding ice cream, ice milk, and frozen yogurt, milk products excluding ice cream, ice milk, and frozen yogurt, yogurt, applesauce, fruit-based snack food, processed vegetables, canned fruit, processed fruit in class 029.<br><br>For: Breakfast cereal, cakes, cookies, crackers, ready to eat, cereal derived breakfast food bars, pasta, cereal-based, granola-based snack bars in class 30.<br><br>For: Fruit juices in class 032. |
|---|---|---|---|
| 3,603,326 | **SESAME STREET** | Apr. 7, 2009 | For: Fresh fruit in class 031. |

| 1,025,725 | SESAME STREET | Nov. 25, 1975 | For: calendars, posters, children's magazines, coloring books in class 016. |
|---|---|---|---|
| 1,027,429 | SESAME STREET | Dec. 16, 1975 | For: toys, packaged amusement and educational games, puppets, puzzles in class 028. |
| 1,082,622 | SESAME STREET | Jan. 17, 1978 | For: comforters, blankets, curtains and sheets in class 024. |
| 1,082,535 | SESAME STREET | Jan. 17, 1978 | For: umbrellas and handbags in class 018. |
| 1,110,963 | SESAME STREET | Jan. 9, 1979 | For: children's clothing-namely, jeans, slacks, shorts, t-shirts, polo shirts, blouses, dresses, jumpers, sleepwear, robes, warm-up suits, sweat shirts, rainwear, sweaters, scarves, hats, caps, mittens, snowsuits, shoes sneakers, boots, slippers, smocks, and infants sleepers, swimwear, playsuits, and bibs in class 025. |
| 1,240,243 | SESAME STREET | May 31, 1983 | For: Fiction and Non-Fiction Books for Children, Charts, Greeting Cards, Paper Gift Tags and Book Marks in class 016. |
| 1,895,976 | SESAME STREET | May 30, 1995 | For: computer programs and software to entertain and educate children in class 009.<br><br>For: on-line computer services providing access to children's games and activities and educational materials in class 042. |
| 2,248,851 | SESAME STREET | Jun. 01, 1999 | For: pre-recorded video tapes featuring entertainment and information of general interest to children and parents in class 009. |
| 2,711,703 | SESAME WORKSHOP | Apr. 29, 2003 | For: Video recordings, audio recordings, video discs, all featuring information and entertainment of general interest to children, parents and families in class 009.<br><br>For: Books featuring information and education for children, parents and families, address books, baby books, in class 016. |

8

|  |  |  | For: children's and infant's clothing, namely, sleepers, sleepwear, loungewear, in class 025.<br><br>For: Games and toys, namely, manipulative games, plush toys, squeeze toys, toy figures, bath toys, beach toys, puppets, dolls, in class 028.<br><br>For: Entertainment in the nature of ongoing television series featuring information and entertainment directed to children, parents and families; entertainment, namely, live theatrical performances directed to children, parents and families; amusement parks; providing information and entertainment of general interest to children, parents and families via the internet in class 041. |
|---|---|---|---|
| 954,372 | BIG BIRD | Mar. 06, 1973 | For: PUPPETS in class 028. |
| 1,056,651 | BERT | Jan. 18, 1977 | For: DOLLS in class 028. |
| 959,284 | COOKIE MONSTER | May 22, 1973 | For: PUPPETS in class 028. |
| 1,046,044 | COOKIE MONSTER | Aug. 10, 1976 | For: DOLLS in class 028. |
| 1,046,043 | ERNIE | Aug. 10, 1976 | For: DOLLS in class 028. |
| 1,056,652 | OSCAR THE GROUCH | Jan. 18, 1977 | For: DOLLS in class 028. |
| 3,942,072 | ABBY CADABBY | Apr. 5, 2011 | For: Printed materials, namely, books featuring educational themes and entertainment directed to children, parents and families; story books, children's books, paper cake decorations, paper napkins, paper party decorations, paper party invitations in class 016.<br><br>For: Halloween costumes in class 025.<br><br>For: Toys, games and playthings, namely, plush toys, dolls, play |

| | | | |
|---|---|---|---|
| | | | costumes, masquerade and costumes in class 028.<br><br>For: Ongoing television program featuring educational themes and entertainment directed to children, parents and families; providing online information featuring educational themes and entertainment directed to children, parents and families in class 041. |
| 4,739,270 | ABBY CADABBY | May 19, 2015 | For: CDs featuring children's entertainment and children's educational topics for the benefit of children, parents and families; mouse pads; pre-recorded electronic and digital media featuring children's entertainment, children's education in class 009.<br><br>For: Shirts, t-shirts, tank tops, pants, jackets, socks, leggings, sleepwear, loungewear, dresses, underwear, swim wear, head wear, footwear in class 025.<br><br>For: Toys, games and playthings, namely, manipulative puzzles, balloons in class 028. |
| 3,972,337 |  | Jun. 7, 2011 | For: Plush toys; interactive plush toys sold as a unit with DVDs in class 028. |
| 2,646,137 | ELMO'S WORLD | Nov. 5, 2002 | For: Video recordings, video discs, all featuring information and entertainment of general interest to children, parents and families in class 009.<br><br>For: Books featuring information and education for children, parents and families in class 016.<br><br>For: Games and toys, namely, plush toys, squeeze toys, toy figures, |

| | | | |
|---|---|---|---|
| | | | multiple activity baby toys, dolls, baby rattles in class 028. |
| 3,319,583 | FELIZ, SANO, LISTO PARA LA ESCUELA | Oct. 23, 2007 | For: Printed materials, namely newsletters, brochures, and pamphlets featuring educational and entertainment material directed to children, parents and families in class 016. |
| 3,665,227 | HÁBITOS SALUDABLES PARA TODA LA VIDA | Aug. 04, 2009 | For: Printed materials, namely, books featuring educational themes and entertainment for children; children's activity books in class 016. |
| 7,006,944 | FOLEY & FRIENDS | Mar. 21, 2023 | For: Downloadable podcasts in the field of children's education and entertainment; audiobooks in the field of children's education and entertainment; audio recordings featuring children's education and entertainment in class 009.<br><br>For: Entertainment and educational services, namely, providing podcasts in the field of children's education and entertainment; providing online information in the field of children's education and entertainment in class 041. |
| 3,633,098 | HAPPY HEALTHY MONSTERS | Jun. 2, 2009 | For: DVDs featuring educational and entertainment themes directed to children, parents and families in class 009.<br><br>For: Printed materials, namely, books, all featuring information and entertainment for children, parents and families; story books, children's books, children's activity books in class 016. |
| 3,110,646 | HAPPY, HEALTHY, READY FOR SCHOOL | Jun. 27, 2006 | For: Printed materials, namely newsletters, brochures, and pamphlets featuring educational and entertainment material directed to children, parents and families in class 016. |
| 3,604,268 | HEALTHY HABITS FOR LIFE | Apr. 7, 2009 | For: Pre-recorded musical sound recordings, audio recordings, musical |

| | | | |
|---|---|---|---|
| | | | video recordings, video recordings, video discs, DVDs, all featuring educational themes and entertainment for children in class 009.<br><br>For: Printed materials, namely, books and magazines featuring educational themes and entertainment for children; story books, children's books, children's activity books, and coloring books; notebooks and spiral notepads in class 016. |
| 5,871,312 | HELPING KIDS GROW SMARTER, STRONGER, AND KINDER | Oct. 1, 2019 | For: Promoting public awareness of issues concerning children's education and development in class 035.<br><br>For: Educational and entertainment services, namely, ongoing television programs in the field of children's education and entertainment; education and entertainment services, namely, ongoing multimedia programs in the field of children's education and entertainment distributed via various platforms across multiple forms of transmission media; entertainment services in the nature of development, creation, production, distribution, and post-production of multimedia entertainment content; providing online information in the field of children's education and entertainment in class 041. |
| 3,825,629 | LET'S GET READY! PLANNING TOGETHER FOR EMERGENCIES | Jul. 27, 2010 | For: Pre-recorded DVDs containing educational software featuring instruction in the field of emergency preparedness directed to children, parents, families and caregivers in class 009.<br><br>For: Printed publications, namely, magazines, children's activity books and booklets, directed to children, parents, families and caregivers in the field of emergency preparedness in class 016. |

| | | | |
|---|---|---|---|
| 4,511,604 | LITTLE CHILDREN BIG CHALLENGES | Apr. 8, 2014 | For: Video recordings, and DVDs, all featuring educational themes and entertainment directed to children, parents and families; downloadable electronic books, booklets, pamphlets, and newsletters featuring educational themes and entertainment directed to children, parents and families; downloadable multimedia content, namely, interactive games for use on computers, cell phones and other mobile devices in class 009.<br><br>For: Printed publications, namely, books, booklets, pamphlets, all featuring educational themes and entertainment directed to children, parents and families; children's activity books; educational kits sold as a unit in the fields of resiliency and perseverance consisting primarily of booklets and pamphlets and also including video recordings and DVDs in class 016.<br><br>For: Providing online information featuring educational themes and entertainment directed to children, parents and families; providing online non-downloadable, books, booklets, pamphlets, all featuring educational themes and entertainment directed to children, parents and families; providing computer games and activities for children, parents and families via the internet, all featuring educational themes and entertainment directed to children, parents and families; entertainment services, namely, providing podcasts and webcasts, all featuring educational themes and entertainment directed to children, parents and families; providing online non-downloadable interactive video games and multimedia computer games; |

| | | | |
|---|---|---|---|
| | | | providing a website featuring non-downloadable videos featuring educational themes and entertainment; community outreach services provided to children, parents and families, namely, providing information, news and commentary in the fields of resiliency and perseverance in class 041. |
| 2,994,747 | ORGANIC LETTER OF THE DAY COOKIES | Sep. 13, 2005 | For: Cookies in class 030. |
| 3,291,435 | PLAZA SESAMO | Sep. 11, 2007 | For: Pre-recorded video tapes, and digital video discs featuring educational information and entertainment for children and parents, and recordings of television programs for children and parents in class 009.<br><br>For: Fiction and non-fiction books, all featuring information and entertainment of general interest to children and parents in class 016.<br><br>For: Toys, namely, plush toys, puzzles, namely, jigsaw puzzles, puppets in class 028. |
| 2,830,142 | SESAME BEGINNINGS | Apr. 06, 2004 | For: Books, for children, parents and families, story books, children's books, children's activity books, in class 016. |
| 3,437,796 |  | May 27, 2008 | For: digital video discs featuring educational themes and entertainment directed to children, parents, and families in class 009. |
| 3,946,809 | SHALOM SESAME | Apr. 19, 2011 | For: video recordings featuring educational themes and entertainment directed to children, parents and families in class 009. |
| 2,992,170 | SUNNY DAYS SNACK BARS | Sep. 06, 2005 | For: grain-based, cereal-based, rice-based, and granola-based snack bars in class 030. |
| 3,478,191 | TALK, LISTEN, CONNECT | Jul. 29, 2008 | For: Audio recordings, video recordings, and DVDs featuring entertainment and educational |

| | | | |
|---|---|---|---|
| | | | information on issues related to military service and deployment directed to children, parents, families, and caregivers in class 009.<br><br>For: Printed materials, namely, magazines, and booklets featuring entertainment and educational information on issues related to military service and deployment directed to children, parents, families, and caregivers in class 016.<br><br>For: Educational services, namely, providing on-line programs in the fields of military service and deployment directed to children, parents, families, and caregivers using on-line activities, and printable materials distributed therewith in class 041. |
| 6,521,804 | THE NOT-TOO-LATE SHOW WITH ELMO | Oct. 12, 2021 | For: Audio and video recordings featuring children's education and entertainment in class 009.<br><br>For: Clothing, namely, tops, loungewear and headwear in class 025.<br><br>For: Entertainment and educational services, namely, ongoing television program in the field of children's education and entertainment; Entertainment and educational services, namely, ongoing multimedia programs in the field of children's education and entertainment distributed via various platforms across multiple forms of transmission media; Entertainment and educational services, namely, ongoing web series featuring children's education and entertainment; Providing online information in the field of children's education and entertainment in class 041. |

| 7,026,248 | THE NOT-TOO-LATE SHOW WITH ELMO | Apr. 11, 2023 | For: Downloadable multimedia content, namely, images, music, audio and video recordings for mobile phones in the field of children's education and entertainment in class 009.<br><br>For: Clothing, namely, underwear and sleepwear in class 025.<br><br>For: Providing podcasts and webcasts in the field of children's education and entertainment; presentation of live show performances in class 041. |
| --- | --- | --- | --- |
| 2,140,480 | TICKLE ME | Mar. 3, 1998 | For: toys, namely, plush toys in class 028. |
| 4,471,490 | WATCH ME GROW | Jan. 21, 2014 | For: Clothing for children and infants, namely, shirts, sweatshirts, tank tops, T shirts, pants, loungewear, overalls, shorts, vests, leggings, sleepwear, infants' sleepers, dresses, jumpers, skirts, sweaters, swimwear, playsuits, baby bibs not made of paper in Class 025. |

This Court also finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the Sesame Street Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized

to use the Sesame Street Trademarks, and (3) Defendants' use of the Sesame Street Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Plaintiff has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) Plaintiff is the owner of valid and enforceable Sesame Street Copyrighted Works, and (2) Defendants, without any authorization from Plaintiff, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the Sesame Street Copyrighted Works on the Defendants' Seller Aliases and the corresponding Unauthorized Products. Furthermore, Defendants' continued and unauthorized use of the Sesame Street Trademarks and the Sesame Street Copyrighted Works irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Sesame Street Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Plaintiff's genuine product or not authorized by Plaintiff to be sold in connection with the Sesame Street Trademarks;

b.  reproducing, distributing copies of, making derivative works of, or publicly displaying the Sesame Street Copyrighted Works in any manner without the express authorization of Plaintiff;

c.  passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Sesame Street Trademarks and/or Sesame Street Copyrighted Works;

d.  committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

e.  further infringing the Sesame Street Trademarks and/or the Sesame Street Copyrighted Works and damaging Plaintiff's goodwill; and

f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Sesame Street Trademarks, or any reproductions, counterfeit copies, or colorable imitations and/or which bear the Sesame Street Copyrighted Works.

2.  Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online marketplace

platforms such as AliExpress.com ("AliExpress"), Amazon.com, Inc. ("Amazon"), Dhgate.com ("DHGate"), eBay Inc. ("eBay"), Roadget Business Pte. Ltd. ("SHEIN"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliExpress, Amazon, DHGate, eBay, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), SHEIN, Stripe, Inc. ("Stripe"), and Walmart, or other merchant account providers, payment

providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Sesame Street Trademarks and/or Sesame Street Copyrighted Works.

4. Defendants shall be preliminary restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including AliExpress, Amazon, DHGate, eBay, Payoneer, PayPal, SHEIN, Stripe, and Walmart, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or

participation with them, including all known contact information, including any and all associated e-mail addresses; and

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective e-commerce stores.

7.  Plaintiff is authorized to issue any such expedited discovery requests authorized by Paragraph 6 via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

8.  Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.      Schedule A to the Complaint [2], Schedule A to the Amended Complaint [21], Exhibit 3 to the Declaration of Paul Varley [14], [22], [23], and the TRO [24] are unsealed.

10.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Indiana Local Rules. Any third party impacted by this Order may move for appropriate relief.

11.     The ten thousand dollar ($10,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

/s/ Gretchen S. Lund
Gretchen S. Lund
United States District Judge

Dated: September 23, 2025

**Sesame Workshop v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 25-cv-00375**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | EXCEPTED | EXCEPTED | EXCEPTED |
| 2 | inspireclion | Trademark and Copyright | https://www.inspireclion.com/ |
| 3 | EXCEPTED | EXCEPTED | EXCEPTED |
| 4 | teedrab | Trademark and Copyright | https://teedrab.com/ |
| 5 | EXCEPTED | EXCEPTED | EXCEPTED |
| 6 | wexhome | Trademark and Copyright | https://www.wexhome.com/ |
| 7 | EXCEPTED | EXCEPTED | EXCEPTED |
| 8 | agshddjxaz | Trademark and Copyright | https://us.shein.com/store/home?store_code=6383195831&main_cate_id=1738&main_goods_id=64254049&src_identifier=on%3Dstore%60cn%3Dagshddjxaz%60hz%3D0%60ps%3D1_1%60jc%3DitemPicking_undefined&src_module=DetailBrand&src_tab_page_id=page_goods_detail1747042254852&tab=items |
| 9 | EXCEPTED | EXCEPTED | EXCEPTED |
| 10 | chengyuesheng123 | Trademark and Copyright | https://us.shein.com/store/home?store_code=5959908181 |
| 11 | EXCEPTED | EXCEPTED | EXCEPTED |
| 12 | gfdhgjiu'o'iuiuoiu | Trademark and Copyright | https://us.shein.com/store/home?store_code=4009275036 |
| 13 | EXCEPTED | EXCEPTED | EXCEPTED |
| 14 | DISMISSED | DISMISSED | DISMISSED |
| 15 | EXCEPTED | EXCEPTED | EXCEPTED |
| 16 | GorgeousGlance | Trademark and Copyright | https://us.shein.com/store/home?store_code=3384559261 |
| 17 | EXCEPTED | EXCEPTED | EXCEPTED |
| 18 | Liuguanghou SHOP | Trademark and Copyright | https://us.shein.com/store/home?store_code=1734234282&ici= |
| 19 | EXCEPTED | EXCEPTED | EXCEPTED |
| 20 | NGYUIJERWE | Trademark and Copyright | https://us.shein.com/store/home?store_code=2701713436&main_cate_id=8566&main_goods_id=68625063&src_identifier=on%3Dstore%60cn%3DNGYUIJERWE%60hz%3D0%60ps%3D1_1%60jc%3DitemPicking_undefined&s |

| | | | |
|---|---|---|---|
| | | | rc_module=DetailBrand&src_tab_page_id=page_goods_detail1747048575062&tab=items |
| 21 | EXCEPTED | EXCEPTED | EXCEPTED |
| 22 | wangchengxi7887 | Trademark and Copyright | https://us.shein.com/store/home?store_code=3917722419 |
| 23 | EXCEPTED | EXCEPTED | EXCEPTED |
| 24 | gusilan | Trademark and Copyright | https://www.walmart.com/global/seller/102513675 |
| 25 | EXCEPTED | EXCEPTED | EXCEPTED |
| 26 | pingnanxianyanghuaqingdianzishangwujingyingbu | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AKTN1PUT7E0FR |
| 27 | EXCEPTED | EXCEPTED | EXCEPTED |
| 28 | cianavip | Trademark only | https://www.dhgate.com/store/top-selling/22009117.html |
| 29 | EXCEPTED | EXCEPTED | EXCEPTED |
| 30 | cloch_shopping | Trademark only | https://www.dhgate.com/store/21999525 |
| 31 | EXCEPTED | EXCEPTED | EXCEPTED |
| 32 | fasts_shipping | Trademark only | https://www.dhgate.com/store/22005949 |
| 33 | kaixingdianzishangwu | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2J5YE7BKI2XQJ |
| 34 | hotnewly | Trademark only | https://www.dhgate.com/store/top-selling/20826631.htm |
| 35 | aibpb3107 | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22062196.html |
| 36 | sadrop | Trademark only | https://www.dhgate.com/store/top-selling/21946965.html |
| 37 | byacident | Trademark and Copyright | https://www.dhgate.com/store/products/21931887.html |
| 38 | zqr168168 | Trademark only | https://www.dhgate.com/store/top-selling/21931036.html |
| 39 | cgrfferr | Trademark and Copyright | https://www.dhgate.com/store/products/21931882 |
| 40 | EXCEPTED | EXCEPTED | EXCEPTED |
| 41 | clghmr | Trademark and Copyright | https://www.dhgate.com/store/products/21951733 |
| 42 | EXCEPTED | EXCEPTED | EXCEPTED |
| 43 | clothingfa2 | Trademark and Copyright | https://www.dhgate.com/store/products/22028307.html |
| 44 | EXCEPTED | EXCEPTED | EXCEPTED |
| 45 | clothingfa666 | Trademark and Copyright | https://www.dhgate.com/store/products/22049530 |
| 46 | Yorkshine | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1GJ7N33GKRRB8 |

| | | | |
|---|---|---|---|
| 47 | cong05 | Trademark and Copyright | https://www.dhgate.com/store/top-selling/21614689.html |
| 48 | amazing8888 | Copyright only | https://www.dhgate.com/store/21780107 |
| 49 | cvokhx | Trademark and Copyright | https://www.dhgate.com/store/products/21951859 |
| 50 | bdebody | Copyright only | https://www.dhgate.com/store/top-selling/21952319.html |
| 51 | cyardbag | Trademark and Copyright | https://www.dhgate.com/store/products/21845035.html?1011=1 |
| 52 | cordova | Copyright only | https://www.dhgate.com/store/products/22041234.html?1011=1 |
| 53 | dao008 | Trademark and Copyright | https://www.dhgate.com/store/products/21859888.html?1011=1 |
| 54 | dao07 | Copyright only | https://www.dhgate.com/store/products/21859887 |
| 55 | designer_hoodie01 | Trademark and Copyright | https://www.dhgate.com/store/21914286 |
| 56 | flowery888 | Copyright only | https://www.dhgate.com/store/21747287 |
| 57 | dh2958055 | Trademark and Copyright | https://www.dhgate.com/store/products/22019598 |
| 58 | goodfuture01 | Copyright only | https://www.dhgate.com/store/products/21998824 |
| 59 | fafafastore | Trademark and Copyright | https://www.dhgate.com/store/top-selling/20922423.html |
| 60 | homemarket12 | Copyright only | https://www.dhgate.com/store/top-selling/21997590.html |
| 61 | gratel | Trademark and Copyright | https://www.dhgate.com/store/21946503 |
| 62 | homepro3 | Copyright only | https://www.dhgate.com/store/about-us/21979012.html |
| 63 | homemarket10 | Trademark and Copyright | https://www.dhgate.com/store/products/21997441 |
| 64 | jay4848 | Copyright only | https://www.dhgate.com/store/products/21994488.html?1011=1 |
| 65 | homemarket6 | Trademark and Copyright | https://www.dhgate.com/store/products/21997434 |
| 66 | lianwu08 | Copyright only | https://www.dhgate.com/store/products/21621044.html?1011=1 |
| 67 | homemarket9 | Trademark and Copyright | https://www.dhgate.com/store/products/21997440 |
| 68 | mengyang04 | Copyright only | https://www.dhgate.com/store/21608187 |
| 69 | katcho1 | Trademark and Copyright | https://www.dhgate.com/store/products/22002449.html |
| 70 | pang08 | Copyright only | https://www.dhgate.com/store/products/21859878.html? |

| | | | |
|---|---|---|---|
| 71 | kyveli | Trademark and Copyright | https://www.dhgate.com/store/products/22042458 |
| 72 | peekskill | Copyright only | https://www.dhgate.com/store/products/22027907 |
| 73 | lfbabytoys | Trademark and Copyright | https://www.dhgate.com/store/products/22001511 |
| 74 | the_medallion1 | Copyright only | https://www.dhgate.com/store/products/22012251 |
| 75 | luckybaby2024 | Trademark and Copyright | https://www.dhgate.com/store/products/21984141 |
| 76 | topwholesalerno1 | Copyright only | https://www.dhgate.com/store/products/21460422 |
| 77 | misihan03 | Trademark and Copyright | https://www.dhgate.com/store/21706503 |
| 78 | ua_laguna | Copyright only | https://www.dhgate.com/store/products/22021078.html?1011=1 |
| 79 | muyixin_taoci111 | Trademark and Copyright | https://www.dhgate.com/store/products/22022615 |
| 80 | walmartstores666 | Copyright only | https://www.dhgate.com/store/20892275 |
| 81 | nostalgie | Trademark and Copyright | https://www.dhgate.com/store/products/21929359 |
| 82 | wonderfulmood12315 | Copyright only | https://www.dhgate.com/store/products/21052335 |
| 83 | oul003 | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22012311.html?1011=2 |
| 84 | sonic_shop-5 | Copyright only | https://www.ebay.com/usr/sonic_shop-5?_tab=about |
| 85 | powerstore08 | Trademark and Copyright | https://www.dhgate.com/store/products/21697372.html?1011=1 |
| 86 | dongzheng18 | Copyright only | https://www.ebay.com/str/dzcyclingwear?_tab=about |
| 87 | pu09 | Trademark and Copyright | https://www.dhgate.com/store/21352017 |
| 88 | liuchang_0529_4 | Copyright only | https://www.ebay.com/str/liuchang05294 |
| 89 | qiyuan06 | Trademark and Copyright | https://www.dhgate.com/store/21282840 |
| 90 | okayears | Copyright only | https://www.ebay.com/str/okayears? |
| 91 | sociral | Trademark and Copyright | https://www.dhgate.com/store/21932054 |
| 92 | omn866 | Copyright only | https://www.ebay.com/usr/hnn5changye |
| 93 | tixinf | Trademark and Copyright | https://www.dhgate.com/store/top-selling/21946476.html |
| 94 | stay2see | Copyright only | https://www.ebay.com/str/stay2see?_tab=about |

| | | | |
|---|---|---|---|
| 95 | ua_pleasanton | Trademark and Copyright | https://www.dhgate.com/store/products/22021072 |
| 96 | uk-art-star | Copyright only | https://www.ebay.com/str/ukartstar |
| 97 | ustininar | Trademark and Copyright | https://www.dhgate.com/store/top-selling/21932062.html |
| 98 | yq3studi-0 | Copyright only | https://www.ebay.com/str/sweetnew2025 |
| 99 | vlone0210 | Trademark and Copyright | https://www.dhgate.com/store/21716619 |
| 100 | zengy2015 | Copyright only | https://www.ebay.com/str/zengy2015 |
| 101 | wai07 | Trademark and Copyright | https://www.dhgate.com/store/products/21859929.html |
| 102 | zz157160 | Copyright only | https://www.ebay.com/str/welcometopurchase |
| 103 | yanqin10 | Trademark and Copyright | https://www.dhgate.com/store/21625948?1011=0 |
| 104 | Degeshop | Copyright only | https://degeshop.com |
| 105 | yushun_north1 | Trademark and Copyright | https://www.dhgate.com/store/22002655 |
| 106 | Homeywow | Copyright only | https://www.homeywow.com/ |
| 107 | zhangting27 | Trademark and Copyright | https://www.dhgate.com/store/about-us/22035704 |
| 108 | warmthone | Copyright only | https://warmthone.com/ |
| 109 | zhangting699 | Trademark and Copyright | https://www.dhgate.com/store/products/22035690.html |
| 110 | Anas Mumtaz | Copyright only | https://us.shein.com/store/home?store_code=3140047460&main_cate_id |
| 111 | zjn5690252 | Trademark and Copyright | https://www.dhgate.com/store/products/22011828.html? |
| 112 | DISMISSED | DISMISSED | DISMISSED |
| 113 | zqrzw8866 | Trademark and Copyright | https://www.dhgate.com/store/products/21931035 |
| 114 | fmm ffdjn | Copyright only | https://us.shein.com/store/home?store_code=1047953058&main_cate_id=1738 |
| 115 | annayi666 | Trademark and Copyright | https://www.ebay.com/str/annayi666 |
| 116 | fuhfwf | Copyright only | https://us.shein.com/store/home?store_code=2885227637&main_cate_id=1738 |
| 117 | aa158328 | Trademark and Copyright | https://www.ebay.com/str/achunboutiquestore |
| 118 | guoquanpengshop | Copyright only | https://us.shein.com/store/home?store_code=5672843928&main_cate_id=1738&main_goods_id=63873616&src_identifier |
| 119 | hnn5changye | Trademark and Copyright | https://www.ebay.com/usr/hnn5changye |
| 120 | hankemu | Copyright only | https://us.shein.com/store/home?store_code=1194302054&main_cate_id |

| | | | |
|---|---|---|---|
| 121 | homeop_98 | Trademark and Copyright | https://www.ebay.com/str/shirononlineshop |
| 122 | HELIOSPHERE | Copyright only | https://us.shein.com/store/home?store_code=3 875848666 |
| 123 | nguye-6542 | Trademark and Copyright | https://www.ebay.com/str/anhstore?_tab=abou t |
| 124 | huhuf | Copyright only | https://us.shein.com/store/home?store_code=1 152284588 |
| 125 | varu-pere | Trademark and Copyright | https://www.ebay.com/str/hanico |
| 126 | MAYTRI CANVAS ART | Copyright only | https://us.shein.com/store/home?store_code=9 200627902&main_cate_id |
| 127 | Allbluetees | Trademark and Copyright | https://allbluetees.com/ |
| 128 | szagsdgd | Copyright only | https://us.shein.com/store/home?store_code=3 630780771&main_cate_id=1738 |
| 129 | Amor Custom Gifts | Trademark and Copyright | https://www.amorcustomgifts.com/ |
| 130 | tengyicheng SHOP | Copyright only | https://us.shein.com/store/home?store_code=6 160046514&main_cate_id |
| 131 | animedwarf | Trademark and Copyright | https://animedwarf.com/ |
| 132 | wanghaoshop | Copyright only | https://us.shein.com/store/home?store_code=2 526688624&main_cate_id=1738&main_good s_id=54582772&src_identifier=on%3Dstore% 60cn%3Dwanghaoshop%60hz%3D0%60ps% 3D1_1%60jc%3DitemPicking_undefined&src _module=DetailBrand&src_tab_page_id=page _goods_detail1747120599355&tab=items |
| 133 | Bedding Picky | Trademark and Copyright | https://beddingpicky.com |
| 134 | wzmxfd | Copyright only | https://us.shein.com/store/home?store_code=3 976976522&type=selection&routeId=102214 5123&ici=PageGoodsDetail&main_cate_id=1 738&main_goods_id=56568705&rule_poskey =DetailShopItemList&src_identifier=on%3Ds tore%60cn%3Dwzmxfd%60hz%3D0%60ps% 3D1_1%60jc%3DthirdPartyStoreHome_3976 976522&src_module=DetailBrand&src_tab_p age_id=page_goods_detail1741001303466&ta b=items |
| 135 | bettergift4y | Trademark and Copyright | https://bettergift4y.com |
| 136 | xylm | Copyright only | https://us.shein.com/store/home?store_code=8 454180648 |

| 137 | Byshirts.us | Trademark and Copyright | https://byshirts.us/ |
|---|---|---|---|
| 138 | YINGYUPENG SHOP | Copyright only | https://us.shein.com/store/home?store_code=5574170821 |
| 139 | graphicfans | Trademark and Copyright | https://www.graphicfans.com/ |
| 140 | LANGLIAN PARTY | Copyright only | https://www.walmart.com/global/seller/102498750 |
| 141 | Jujumini | Copyright only | https://www.jujumini.com |