## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| SESAME WORKSHOP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:25-CV-375-GSL-JEM |
| | ) | |
| ELARA PARTY STORE, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court *sua sponte*. On September 23, 2025, Judge Gretchen S. Lund ordered Plaintiff to file an amended complaint listing all of the defendants separately, and on September 29, 2025, counsel for Plaintiff was reminded of the need to add all of the individually named defendants to the docket. The individually-named defendants have not been added to the docket.

Accordingly, the Court hereby **ORDERS** Plaintiff to add each of the individually-named defendants to the docket by **October 8, 2025**, and make sure that they are each properly served. Failure to correct the docket will result in the issuance of an Order to Show Cause.

SO ORDERED this 1st day of October, 2025.

                                                        s/ John E. Martin
                                                        MAGISTRATE JUDGE JOHN E. MARTIN
                                                       UNITED STATES DISTRICT COURT

cc:   All counsel of record